**Form 1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123

**2017**

For calendar year 2017 or tax year beginning _____, 2017, ending _____

**A** S election effective date
1/01/2015

**B** Business activity code number (see instrs)
541211

**C** Check if Schedule M-3 attached ☐

TYPE OR PRINT

Winchester Accounting and Consulting Inc
207 N. Cameron Street
Winchester, VA 22601

**D** Employer identification number

**E** Date incorporated
1/13/2015

**F** Total assets (see instructions)
$ 25,672.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year. ► 1

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **INCOME** | **1a** Gross receipts or sales | 1a 275,134. | |
| | **b** Returns and allowances | 1b | |
| | **c** Balance. Subtract line 1b from line 1a | 1c | 275,134. |
| | **2** Cost of goods sold (attach Form 1125-A) | 2 | |
| | **3** Gross profit. Subtract line 2 from line 1c | 3 | 275,134. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| | **5** Other income (loss) (see instrs – att statement) .... See Statement 1 | 5 | 100. |
| | **6** Total income (loss). Add lines 3 through 5 | 6 | 275,234. |
| **DEDUCTIONS (SEE INSTRS)** | **7** Compensation of officers (see instructions – attach Form 1125-E) | 7 | 161,000. |
| | **8** Salaries and wages (less employment credits) | 8 | 47,000. |
| | **9** Repairs and maintenance | 9 | |
| | **10** Bad debts | 10 | |
| | **11** Rents | 11 | 18,700. |
| | **12** Taxes and licenses | 12 | 17,644. |
| | **13** Interest | 13 | 3,887. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 28,180. |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| | **16** Advertising | 16 | |
| | **17** Pension, profit-sharing, etc, plans | 17 | 6,240. |
| | **18** Employee benefit programs | 18 | 3,290. |
| | **19** Other deductions (attach statement) .... See Statement 2 | 19 | 37,656. |
| | **20** Total deductions. Add lines 7 through 19 ► | 20 | 323,597. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | 21 | -48,363. |
| **TAX AND PAYMENTS** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| | **b** Tax from Schedule D (Form 1120S) | 22b | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| | **23a** 2017 estimated tax payments and 2016 overpayment credited to 2017 | 23a | |
| | **b** Tax deposited with Form 7004 | 23b | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| | **d** Add lines 23a through 23c | 23d | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 24 | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | 0. |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | **27** Enter amount from line 26 Credited to 2018 estimated tax ► Refunded ► | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____ Signature of officer   Date

► President
Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer Use Only**

Print/Type preparer's name

Preparer's signature
Self-Prepared

Date

Check ☐ if self-employed

PTIN

Firm's name ►

Firm's EIN ►

Firm's address ►

Phone no.

BAA For Paperwork Reduction Act Notice, see separate instructions.

SPSA0105L 08/17/17

Form **1120S** (2017)

Form 1120S (2017)  Winchester Accounting and Consulting Inc                                    Page **2**

| Schedule B | Other Information (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1** | Check accounting method: **a** ☒ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) ▶ _ _ _ _ _ _ _ _ _ _ | | | | | |
| **2** | See the instructions and enter the: | | | | | |
| | **a** Business activity ▶ Professional Service    **b** Product or service... ▶ Accounting Services | | | | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | | | X |
| **4** | At the end of the tax year, did the corporation: | | | | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below | | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **5 a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | | | X |
| If 'Yes,' complete lines (i) and (ii) below. | | | | |
| **(i)** Total shares of restricted stock ▶ _ _ _ _ _ _ _ _ | | | | |
| **(ii)** Total shares of non-restricted stock ▶ _ _ _ _ _ _ _ _ | | | | |
| **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | | | X |
| If 'Yes,' complete lines (i) and (ii) below. | | | | |
| **(i)** Total shares of stock outstanding at the end of the tax year ▶ _ _ _ _ _ _ _ _ | | | | |
| **(ii)** Total shares of stock outstanding if all instruments were executed ▶ _ _ _ _ _ _ _ _ | | | | |
| **6** Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | | X |
| **7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | | | |
| If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | | | |
| **8** If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶$ _ _ _ _ _ _ _ _ | | | | |
| **9** Enter the accumulated earnings and profits of the corporation at the end of the tax year $ _ _ _ _ _ _ _ _ | | | | |
| **10** Does the corporation satisfy **both** of the following conditions? | | | | |
| **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | | | |
| **b** The corporation's total assets at the end of the tax year were less than $250,000 | | | | X |
| If 'Yes,' the corporation is not required to complete Schedules L and M-1. | | | | |
| **11** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | X |
| If 'Yes,' enter the amount of principal reduction $ _ _ _ _ _ _ _ _ | | | | |
| **12** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions | | | | X |
| **13 a** Did the corporation make any payments in 2017 that would require it to file Form(s) 1099? | | | X | |
| **b** If 'Yes,' did the corporation file or will it file required Forms 1099? | | | X | |

Form **1120S** (2017)

0014

Form **1120S** (2017)   Winchester Accounting and Consulting Inc                                    Page **3**

## Schedule K | Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) | | **1** | −48,363. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | **3a** Other gross rental income (loss) | 3a | | |
| | **b** Expenses from other rental activities (attach statement) | 3b | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** Interest income | | **4** | |
| | **5** Dividends: **a** Ordinary dividends | | **5a** | |
| | **b** Qualified dividends | 5b | | |
| | **6** Royalties | | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **8a** | |
| | **b** Collectibles (28%) gain (loss) | 8b | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | | **9** | |
| | **10** Other income (loss) (see instructions) . . . . Type ► | | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | | **11** | 26,506. |
| | **12a** Charitable contributions | | **12a** | |
| | **b** Investment interest expense | | **12b** | |
| | **c** Section 59(e)(2) expenditures **(1)** Type ► _ _ _ _ _ _ _ _ _ _ **(2)** Amount ► | | **12c (2)** | |
| | **d** Other deductions (see instructions) . . Type ► | | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | | **13a** | |
| | **b** Low-income housing credit (other) | | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **13c** | |
| | **d** Other rental real estate credits (see instrs) Type ► _ _ _ _ _ _ _ _ _ _ _ | | **13d** | |
| | **e** Other rental credits (see instrs) Type ► _ _ _ _ _ _ _ _ _ _ _ | | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | | **13f** | |
| | **g** Other credits (see instructions) . . . . . . Type ► | | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U.S. possession ► _ _ _ _ _ _ _ _ _ _ _ | | | |
| | **b** Gross income from all sources | | **14b** | |
| | **c** Gross income sourced at shareholder level | | **14c** | |
| | Foreign gross income sourced at corporate level | | | |
| | **d** Passive category | | **14d** | |
| | **e** General category | | **14e** | |
| | **f** Other (attach statement) | | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | | |
| | **g** Interest expense | | **14g** | |
| | **h** Other | | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | **i** Passive category | | **14i** | |
| | **j** General category | | **14j** | |
| | **k** Other (attach statement) | | **14k** | |
| | Other information | | | |
| | **l** Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | | **14l** | |
| | **m** Reduction in taxes available for credit (attach statement) | | **14m** | |
| | **n** Other foreign tax information (attach statement) | | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | | **15a** | |
| | **b** Adjusted gain or loss | | **15b** | |
| | **c** Depletion (other than oil and gas) | | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income | | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions | | **15e** | |
| | **f** Other AMT items (attach statement) | | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | | **16a** | |
| | **b** Other tax-exempt income | | **16b** | |
| | **c** Nondeductible expenses | | **16c** | 254. |
| | **d** Distributions (attach stmt if required) (see instrs) | | **16d** | 27,345. |
| | **e** Repayment of loans from shareholders | | **16e** | |

**BAA**                                                                                            Form **1120S** (2017)

Form 1120S (2017)   Winchester Accounting and Consulting Inc                                    Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | | | Total amount |
|---|---|---|---|---|---|
| Other Infor- mation | **17a** Investment income | | | 17a | |
| | **b** Investment expenses | | | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | | | 17c | |
| | **d** Other items and amounts (attach statement) | | | | |
| Recon- ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | | | 18 | −74,869. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 65,087. | | 5,186. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 7,023. | | 80,495. | |
| b | Less accumulated depreciation | 7,023. | | 61,709. | 18,786. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) . . . . See St. 3. | | 1,700. | | 1,700. |
| 15 | Total assets | | 66,787. | | 25,672. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | 61,353. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 66,787. | | −35,681. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 66,787. | | 25,672. |

SPSA0134L  08/17/17                                                                Form **1120S** (2017)

0016

Form **1120S** (2017)   Winchester Accounting and Consulting Inc                                          Page 5

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | −75,123. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest. $ _ _ _ _ _ _ _ _ _ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14I (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14I, not charged against book income this year (itemize): | |
| | **a** Depreciation . . . . . . . . $ _ _ _ _ _ | | | **a** Depreciation . . . $ _ _ _ _ _ _ _ _ | |
| | **b** Travel and entertainment. $ _ _ _ _ 254. | | 7 | Add lines 5 and 6 | 0. |
| 4 | Add lines 1 through 3 | −74,869. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | −74,869. |

## Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 66,787. | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 48,363.) | | |
| 5 | Other reductions. . . . . . . . . . . . . . . See Statement 4 | ( 26,760.) | | |
| 6 | Combine lines 1 through 5 | −8,336. | | |
| 7 | Distributions other than dividend distributions | 27,345. | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | −35,681. | | |

SPSA0134L   08/17/17                                                                          Form **1120S** (2017)

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | OMB No. 1545-0172 **2017** Attachment Sequence No. **179** |
|---|---|---|

Department of the Treasury
Internal Revenue Service    (99)

Name(s) shown on return

Winchester Accounting and Consulting Inc

Business or activity to which this form relates

Form 1120S

Identifying number

### Part I    Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 510,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 73,472. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,030,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 510,000. |

| **6** | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost | |
|---|---|---|---|---|
| | See Statement 5 | | 1,506. | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** 25,000. | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 26,506. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 26,506. |
| 10 | Carryover of disallowed deduction from line 13 of your 2016 Form 4562 | **10** | 0. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | **11** | 112,637. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | 26,506. |
| 13 | Carryover of disallowed deduction to 2018. Add lines 9 and 10, less line 12 ▶ | **13** 0. | |

Note: *Don't use Part II or Part III below for listed property. Instead, use Part V.*

### Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

### Part III    MACRS  Depreciation (Don't include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2017 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B — Assets Placed in Service During 2017 Tax Year Using the General Depreciation System**

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only — see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2017 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 40-year | | | 40 yrs | MM | S/L | |

### Part IV    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 28,180. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** | 28,180. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

BAA For Paperwork Reduction Act Notice, see separate instructions    FDIZ0812L 08/15/17    Form 4562 (2017)

Form 4562 (2017)    Winchester Accounting and Consulting Inc    Page 2

**Part V  Listed Property** (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ......... [X] Yes [ ] No  24b If 'Yes,' is the evidence written? ...... [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) .............. **25** | | | | | | | 23,483. | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2017 Ford F- | 2/03/17 | 100.0 | 71,966. | 23,483. | 5.0 | 200DB HY | 4,697. | 25,000. |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............. **28** | | | | | | | 28,180. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................. | | | | | | | **29** | 25,000. |

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles). | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ........ | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven. ...... | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ....... | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? ....... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ........ | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ........ | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? .............. | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ............. | | |
| 39 Do you treat all use of vehicles by employees as personal use? .............. | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? .............. | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) ............. | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles.*

**Part VI  Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2017 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2017 tax year ................. | | | | **43** | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ................. | | | | **44** | |

FDIZ0812L 08/15/17    Form 4562 (2017)

0019

| 2017 | Federal Statements | Page 1 |
|---|---|---|

**Winchester Accounting and Consulting Inc**

**Statement 1**
**Form 1120S, Line 5**
**Other Income**

| | | |
|---|---|---|
| Miscellaneous Income | $ | 100. |
| Total | $ | 100. |

**Statement 2**
**Form 1120S, Line 19**
**Other Deductions**

| | | |
|---|---|---|
| Auto and Truck Expense | $ | 4,043. |
| Computer Expenses | | 343. |
| Credit Card Fees | | 308. |
| Dues and Subscriptions | | 820. |
| Insurance | | 2,822. |
| Internet Expense | | 2,079. |
| Legal and Professional | | 14,937. |
| Meals and Entertainment Expense | | 255. |
| Office Expense | | 1,735. |
| Parking and Tolls | | 1,300. |
| Payroll Service Fees | | 65. |
| Postage | | 661. |
| Shredding | | 165. |
| Software | | 7,590. |
| Telephone | | 533. |
| Total | $ | 37,656. |

**Statement 3**
**Form 1120S, Schedule L, Line 14**
**Other Assets**

| | Beginning | Ending |
|---|---|---|
| Security Deposits | $ 1,700. | $ 1,700. |
| Total | $ 1,700. | $ 1,700. |

**Statement 4**
**Form 1120S, Schedule M-2, Column A, Line 5**
**Other Reductions**

| | | |
|---|---|---|
| Disallowed Meals and Entertainment | $ | 254. |
| Section 179 Expense | | 26,506. |
| Total | $ | 26,760. |

| 2017 | **Federal Statements** | Page 2 |

**Winchester Accounting and Consulting Inc**

**Statement 5**
**Form 4562, Part I**
**Election To Expense Certain Tangible Property (Section 179)**

| Description of Property | Cost | Elected Cost |
|---|---|---|
| 5-Year  Computer (ASRock H170) | 458. $ | 458. |
| 5-Year  Acer Monitor S241 | 120. | 120. |
| 5-Year  Computer (Gigabyte Brix) | 533. | 533. |
| 5-Year  Acer Monitor S241 | 126. | 126. |
| 5-Year  Acer Monitor S241 | 126. | 126. |
| 5-Year  Acer Monitor S241 | 143. | 143. |
| Total | $ | 1,506. |

0021