7:28 AM
10/25/18

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Hours | Rate | Aug 16 | Hours | Rate | Sep 16 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 7,500.00 | | | 10,000.00 |
| Salary | | | 3,333.34 | | | 3,333.34 |
| Bonus | | | 0.00 | | | 0.00 |
| Total Gross Pay | | | 10,833.34 | | | 13,333.34 |
| Deductions from Gross Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| Simple IRA Emp. | | | -541.66 | | | -666.66 |
| Total Deductions from Gross Pay | | | -541.66 | | | -666.66 |
| Adjusted Gross Pay | | | 10,291.68 | | | 12,666.68 |
| Taxes Withheld | | | | | | |
| Federal Withholding | | | -2,052.00 | | | -2,908.00 |
| Medicare Employee | | | -157.09 | | | -193.33 |
| Social Security Employee | | | -671.67 | | | -826.66 |
| VA - Withholding | | | -404.00 | | | -570.00 |
| WV - Withholding | | | -150.00 | | | -150.00 |
| Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| Total Taxes Withheld | | | -3,434.76 | | | -4,647.99 |
| **Net Pay** | | | 6,856.92 | | | 8,018.69 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 0.00 |
| Medicare Company | | | 157.09 | | | 193.33 |
| Social Security Company | | | 671.67 | | | 826.66 |
| VA - Unemployment | | | 0.00 | | | 0.00 |
| Auto Fringe | | | 0.00 | | | 0.00 |
| S-Corp Medical Insurance | | | 0.00 | | | 0.00 |
| Simple IRA Co. Match | | | 325.00 | | | 400.00 |
| Total Employer Taxes and Contributions | | | 1,153.76 | | | 1,419.99 |

Exhibit D

0038

7:28 AM
10/25/18

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Oct 16 | | | Nov 16 | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | | Hours | Rate | |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
|   Officer Salary | | | 0.00 | | | 10,000.00 |
|   Salary | | | 3,333.34 | | | 3,625.00 |
|   Bonus | | | 0.00 | | | 0.00 |
| Total Gross Pay | | | 3,333.34 | | | 13,625.00 |
| Deductions from Gross Pay | | | | | | |
|   Employee Advance | | | 0.00 | | | 0.00 |
|   Simple IRA Emp. | | | -166.66 | | | -8,681.26 |
| Total Deductions from Gross Pay | | | -166.66 | | | -8,681.26 |
| Adjusted Gross Pay | | | 3,166.68 | | | 4,943.74 |
| Taxes Withheld | | | | | | |
|   Federal Withholding | | | -408.00 | | | -1,129.00 |
|   Medicare Employee | | | -48.33 | | | -197.57 |
|   Social Security Employee | | | -206.67 | | | -844.75 |
|   VA - Withholding | | | 0.00 | | | -68.00 |
|   WV - Withholding | | | -150.00 | | | -168.00 |
|   Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| Total Taxes Withheld | | | -813.00 | | | -2,407.32 |
| Net Pay | | | 2,353.68 | | | 2,536.42 |
| **Employer Taxes and Contributions** | | | | | | |
|   Federal Unemployment | | | 0.00 | | | 0.00 |
|   Medicare Company | | | 48.33 | | | 197.57 |
|   Social Security Company | | | 206.67 | | | 844.75 |
|   VA - Unemployment | | | 0.00 | | | 0.00 |
|   Auto Fringe | | | 0.00 | | | 0.00 |
|   S-Corp Medical Insurance | | | 0.00 | | | 3,582.85 |
|   Simple IRA Co. Match | | | 100.00 | | | 408.76 |
| Total Employer Taxes and Contributions | | | 355.00 | | | 5,033.93 |

0039

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Dec 16 | | | Jan 17 | |
|---|---:|---|---|---:|---|
| | Hours | Rate | | Hours | Rate |
| **Employee Wages, Taxes and Adjustments** | | | | | |
| Gross Pay | | | | | |
|   Officer Salary | | 0.00 | | | 12,500.00 |
|   Salary | | 3,625.00 | | | 3,625.00 |
|   Bonus | | 1,250.00 | | | 0.00 |
| Total Gross Pay | | 4,875.00 | | | 16,125.00 |
| Deductions from Gross Pay | | | | | |
|   Employee Advance | | 0.00 | | | 0.00 |
|   Simple IRA Emp. | | -243.76 | | | -8,181.26 |
| Total Deductions from Gross Pay | | -243.76 | | | -8,181.26 |
| Adjusted Gross Pay | | 4,631.24 | | | 7,943.74 |
| Taxes Withheld | | | | | |
|   Federal Withholding | | -607.00 | | | -2,208.00 |
|   Medicare Employee | | -70.68 | | | -233.81 |
|   Social Security Employee | | -302.25 | | | -999.75 |
|   VA - Withholding | | 0.00 | | | -275.00 |
|   WV - Withholding | | -219.00 | | | -168.00 |
|   Medicare Employee Addl Tax | | 0.00 | | | 0.00 |
| Total Taxes Withheld | | -1,198.93 | | | -3,884.56 |
| Net Pay | | 3,432.31 | | | 4,059.18 |
| **Employer Taxes and Contributions** | | | | | |
|   Federal Unemployment | | 0.00 | | | 63.75 |
|   Medicare Company | | 70.68 | | | 233.81 |
|   Social Security Company | | 302.25 | | | 999.75 |
|   VA - Unemployment | | 0.00 | | | 294.11 |
|   Auto Fringe | | 0.00 | | | 0.00 |
|   S-Corp Medical Insurance | | 0.00 | | | 0.00 |
|   Simple IRA Co. Match | | 146.26 | | | 483.76 |
| Total Employer Taxes and Contributions | | 519.19 | | | 2,075.18 |

0040

7:28 AM
10/25/18

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Hours | Rate | Feb 17 | Hours | Rate | Mar 17 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 7,500.00 | | | 750.00 |
| Salary | | | 3,625.00 | | | 3,625.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 11,125.00 | | | 4,375.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| Simple IRA Emp. | | | -4,681.26 | | | -181.26 |
| **Total Deductions from Gross Pay** | | | -4,681.26 | | | -181.26 |
| **Adjusted Gross Pay** | | | 6,443.74 | | | 4,193.74 |
| **Taxes Withheld** | | | | | | |
| Federal Withholding | | | -2,108.00 | | | -623.00 |
| Medicare Employee | | | -161.32 | | | -63.44 |
| Social Security Employee | | | -689.75 | | | -271.25 |
| VA - Withholding | | | -200.00 | | | -26.00 |
| WV - Withholding | | | -168.00 | | | -168.00 |
| Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -3,327.07 | | | -1,151.69 |
| **Net Pay** | | | 3,116.67 | | | 3,042.05 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 20.25 | | | 0.00 |
| Medicare Company | | | 161.32 | | | 63.44 |
| Social Security Company | | | 689.75 | | | 271.25 |
| VA - Unemployment | | | 91.71 | | | 18.98 |
| Auto Fringe | | | 0.00 | | | 0.00 |
| S-Corp Medical Insurance | | | 0.00 | | | 0.00 |
| Simple IRA Co. Match | | | 333.76 | | | 131.26 |
| **Total Employer Taxes and Contributions** | | | 1,296.79 | | | 484.93 |

0041

7:28 AM
10/25/18

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Apr 17 | | | May 17 | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | | Hours | Rate | |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
|   Officer Salary | | | 4,000.00 | | | 15,500.00 |
|   Salary | | | 3,625.00 | | | 3,625.00 |
|   Bonus | | | 0.00 | | | 3,500.00 |
| **Total Gross Pay** | | | 7,625.00 | | | 22,625.00 |
| Deductions from Gross Pay | | | | | | |
|   Employee Advance | | | 0.00 | | | 0.00 |
|   Simple IRA Emp. | | | -181.26 | | | -356.26 |
| **Total Deductions from Gross Pay** | | | -181.26 | | | -356.26 |
| **Adjusted Gross Pay** | | | 7,443.74 | | | 22,268.74 |
| Taxes Withheld | | | | | | |
|   Federal Withholding | | | -1,658.00 | | | -5,069.75 |
|   Medicare Employee | | | -110.56 | | | -328.06 |
|   Social Security Employee | | | -472.75 | | | -1,402.75 |
|   VA - Withholding | | | -249.00 | | | -835.00 |
|   WV - Withholding | | | -168.00 | | | -356.00 |
|   Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -2,658.31 | | | -7,991.56 |
| Net Pay | | | 4,785.43 | | | 14,277.18 |
| **Employer Taxes and Contributions** | | | | | | |
|   Federal Unemployment | | | 0.00 | | | 0.00 |
|   Medicare Company | | | 110.56 | | | 328.06 |
|   Social Security Company | | | 472.75 | | | 1,402.75 |
|   VA - Unemployment | | | 0.00 | | | 0.00 |
|   Auto Fringe | | | 0.00 | | | 0.00 |
|   S-Corp Medical Insurance | | | 0.00 | | | 0.00 |
|   Simple IRA Co. Match | | | 228.76 | | | 678.76 |
| **Total Employer Taxes and Contributions** | | | 812.07 | | | 2,409.57 |

Page 5

0042

7:28 AM
10/25/18

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Hours | Rate | Jun 17 | Hours | Rate | Jul 17 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 7,000.00 | | | 5,000.00 |
| Salary | | | 3,625.00 | | | 3,625.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 10,625.00 | | | 8,625.00 |
| Deductions from Gross Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| Simple IRA Emp. | | | -181.26 | | | -181.26 |
| **Total Deductions from Gross Pay** | | | -181.26 | | | -181.26 |
| **Adjusted Gross Pay** | | | 10,443.74 | | | 8,443.74 |
| Taxes Withheld | | | | | | |
| Federal Withholding | | | -2,558.00 | | | -1,958.00 |
| Medicare Employee | | | -154.07 | | | -125.06 |
| Social Security Employee | | | -658.75 | | | -534.75 |
| VA - Withholding | | | -367.00 | | | -270.00 |
| WV - Withholding | | | -168.00 | | | -168.00 |
| Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -3,905.82 | | | -3,055.81 |
| t Pay | | | 6,537.92 | | | 5,387.93 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 0.00 |
| Medicare Company | | | 154.07 | | | 125.06 |
| Social Security Company | | | 658.75 | | | 534.75 |
| VA - Unemployment | | | 0.00 | | | 0.00 |
| Auto Fringe | | | 0.00 | | | 0.00 |
| S-Corp Medical Insurance | | | 0.00 | | | 0.00 |
| Simple IRA Co. Match | | | 318.76 | | | 258.76 |
| **Total Employer Taxes and Contributions** | | | 1,131.58 | | | 918.57 |

0043

7:28 AM
10/25/18

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Aug 17 | | | Sep 17 | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | | Hours | Rate | |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 50,000.00 | | | 57,750.00 |
| Salary | | | 3,625.00 | | | 3,625.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 53,625.00 | | | 61,375.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| Simple IRA Emp. | | | -181.26 | | | -181.26 |
| **Total Deductions from Gross Pay** | | | -181.26 | | | -181.26 |
| **Adjusted Gross Pay** | | | 53,443.74 | | | 61,193.74 |
| **Taxes Withheld** | | | | | | |
| Federal Withholding | | | -21,898.00 | | | -958.00 |
| Medicare Employee | | | -777.56 | | | -889.93 |
| Social Security Employee | | | -3,324.75 | | | -1,771.65 |
| VA - Withholding | | | -3,040.00 | | | -111.00 |
| WV - Withholding | | | -168.00 | | | -168.00 |
| Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -29,208.31 | | | -3,898.58 |
| **t Pay** | | | 24,235.43 | | | 7,295.16 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 0.00 |
| Medicare Company | | | 777.56 | | | 889.93 |
| Social Security Company | | | 3,324.75 | | | 1,771.65 |
| VA - Unemployment | | | 0.00 | | | 0.00 |
| Auto Fringe | | | 0.00 | | | 0.00 |
| S-Corp Medical Insurance | | | 0.00 | | | 0.00 |
| Simple IRA Co. Match | | | 1,608.76 | | | 1,841.26 |
| **Total Employer Taxes and Contributions** | | | 5,711.07 | | | 4,502.84 |

0044

7:28 AM
10/25/18

## Winchester Accounting and Consulting, Inc.
## Payroll Summary
August 2016 through August 2018

| | Hours | Rate | Oct 17 | Hours | Rate | Nov 17 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 500.00 |
| Salary | | | 3,625.00 | | | 3,625.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 3,625.00 | | | 4,125.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| Simple IRA Emp. | | | -181.26 | | | -181.26 |
| **Total Deductions from Gross Pay** | | | -181.26 | | | -181.26 |
| **Adjusted Gross Pay** | | | 3,443.74 | | | 3,943.74 |
| **Taxes Withheld** | | | | | | |
| Federal Withholding | | | -458.00 | | | -950.75 |
| Medicare Employee | | | -52.57 | | | -59.81 |
| Social Security Employee | | | -224.75 | | | -224.75 |
| VA - Withholding | | | 0.00 | | | 0.00 |
| WV - Withholding | | | -168.00 | | | -168.00 |
| Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -903.32 | | | -1,403.31 |
| **Net Pay** | | | 2,540.42 | | | 2,540.43 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 0.00 |
| Medicare Company | | | 52.57 | | | 59.81 |
| Social Security Company | | | 224.75 | | | 224.75 |
| VA - Unemployment | | | 0.00 | | | 0.00 |
| Auto Fringe | | | 0.00 | | | 0.00 |
| S-Corp Medical Insurance | | | 0.00 | | | 3,289.84 |
| Simple IRA Co. Match | | | 108.76 | | | 123.76 |
| **Total Employer Taxes and Contributions** | | | 386.08 | | | 3,698.16 |

0045

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Hours | Rate | Dec 17 | Hours | Rate | Jan 18 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
|   Officer Salary | | | 500.00 | | | 0.00 |
|   Salary | | | 3,625.00 | | | 0.00 |
|   Bonus | | | 0.00 | | | 0.00 |
| Total Gross Pay | | | 4,125.00 | | | 0.00 |
| Deductions from Gross Pay | | | | | | |
|   Employee Advance | | | 0.00 | | | 0.00 |
|   Simple IRA Emp. | | | -181.26 | | | 0.00 |
| Total Deductions from Gross Pay | | | -181.26 | | | 0.00 |
| Adjusted Gross Pay | | | 3,943.74 | | | 0.00 |
| Taxes Withheld | | | | | | |
|   Federal Withholding | | | -918.06 | | | 0.00 |
|   Medicare Employee | | | -92.50 | | | 0.00 |
|   Social Security Employee | | | -224.75 | | | 0.00 |
|   VA - Withholding | | | 0.00 | | | 0.00 |
|   WV - Withholding | | | -168.00 | | | 0.00 |
|   Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| Total Taxes Withheld | | | -1,403.31 | | | 0.00 |
| Net Pay | | | 2,540.43 | | | 0.00 |
| **Employer Taxes and Contributions** | | | | | | |
|   Federal Unemployment | | | 0.00 | | | 0.00 |
|   Medicare Company | | | 92.50 | | | 0.00 |
|   Social Security Company | | | 224.75 | | | 0.00 |
|   VA - Unemployment | | | 0.00 | | | 0.00 |
|   Auto Fringe | | | 2,254.73 | | | 0.00 |
|   S-Corp Medical Insurance | | | 0.00 | | | 0.00 |
|   Simple IRA Co. Match | | | 123.76 | | | 0.00 |
| Total Employer Taxes and Contributions | | | 2,695.74 | | | 0.00 |

0046

7:28 AM
10/25/18

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Hours | Rate | Feb 18 | Hours | Rate | Mar 18 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
|   Officer Salary | | | 0.00 | | | 0.00 |
|   Salary | | | 0.00 | | | 0.00 |
|   Bonus | | | 0.00 | | | 0.00 |
| Total Gross Pay | | | 0.00 | | | 0.00 |
| Deductions from Gross Pay | | | | | | |
|   Employee Advance | | | 0.00 | | | 0.00 |
|   Simple IRA Emp. | | | 0.00 | | | 0.00 |
| Total Deductions from Gross Pay | | | 0.00 | | | 0.00 |
| Adjusted Gross Pay | | | 0.00 | | | 0.00 |
| Taxes Withheld | | | | | | |
|   Federal Withholding | | | 0.00 | | | 0.00 |
|   Medicare Employee | | | 0.00 | | | 0.00 |
|   Social Security Employee | | | 0.00 | | | 0.00 |
|   VA - Withholding | | | 0.00 | | | 0.00 |
|   WV - Withholding | | | 0.00 | | | 0.00 |
|   Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| Total Taxes Withheld | | | 0.00 | | | 0.00 |
| Net Pay | | | | | | |
| **Employer Taxes and Contributions** | | | | | | |
|   Federal Unemployment | | | 0.00 | | | 0.00 |
|   Medicare Company | | | 0.00 | | | 0.00 |
|   Social Security Company | | | 0.00 | | | 0.00 |
|   VA - Unemployment | | | 0.00 | | | 0.00 |
|   Auto Fringe | | | 0.00 | | | 0.00 |
|   S-Corp Medical Insurance | | | 0.00 | | | 0.00 |
|   Simple IRA Co. Match | | | 0.00 | | | 0.00 |
| Total Employer Taxes and Contributions | | | 0.00 | | | 0.00 |

0047

7:28 AM
10/25/18

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Apr 18 | | | May 18 | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | | Hours | Rate | |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | **0.00** | | | **0.00** |
| Deductions from Gross Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| Simple IRA Emp. | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | **0.00** | | | **0.00** |
| **Adjusted Gross Pay** | | | **0.00** | | | **0.00** |
| Taxes Withheld | | | | | | |
| Federal Withholding | | | 0.00 | | | 0.00 |
| Medicare Employee | | | 0.00 | | | 0.00 |
| Social Security Employee | | | 0.00 | | | 0.00 |
| VA - Withholding | | | 0.00 | | | 0.00 |
| WV - Withholding | | | 0.00 | | | 0.00 |
| Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | **0.00** | | | **0.00** |
| **Net Pay** | | | **0.00** | | | **0.00** |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 0.00 |
| Medicare Company | | | 0.00 | | | 0.00 |
| Social Security Company | | | 0.00 | | | 0.00 |
| VA - Unemployment | | | 0.00 | | | 0.00 |
| Auto Fringe | | | 0.00 | | | 0.00 |
| S-Corp Medical Insurance | | | 0.00 | | | 0.00 |
| Simple IRA Co. Match | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | **0.00** | | | **0.00** |

0048

7:28 AM
10/25/18

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Jun 18 Hours | Rate | Jun 18 | Jul 18 Hours | Rate | Jul 18 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 0.00 | | | 0.00 |
| Deductions from Gross Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| Simple IRA Emp. | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 0.00 | | | 0.00 |
| Taxes Withheld | | | | | | |
| Federal Withholding | | | 0.00 | | | 0.00 |
| Medicare Employee | | | 0.00 | | | 0.00 |
| Social Security Employee | | | 0.00 | | | 0.00 |
| VA - Withholding | | | 0.00 | | | 0.00 |
| WV - Withholding | | | 0.00 | | | 0.00 |
| Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 0.00 | | | 0.00 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 0.00 |
| Medicare Company | | | 0.00 | | | 0.00 |
| Social Security Company | | | 0.00 | | | 0.00 |
| VA - Unemployment | | | 0.00 | | | 0.00 |
| Auto Fringe | | | 0.00 | | | 0.00 |
| S-Corp Medical Insurance | | | 0.00 | | | 0.00 |
| Simple IRA Co. Match | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 0.00 | | | 0.00 |

0049

7:28 AM
10/25/18

# Winchester Accounting and Consulting, Inc.
## Payroll Summary
### August 2016 through August 2018

| | Aug 18 | | | TOTAL Aug '16 - Aug 18 | |
|---|---|---|---|---|---|
| | Hours | Rate | Aug 18 | Hours | Rate | Aug '16 - Aug 18 |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 188,500.00 |
| Salary | | | 0.00 | | | 60,750.02 |
| Bonus | | | 0.00 | | | 4,750.00 |
| **Total Gross Pay** | | | 0.00 | | | 254,000.02 |
| **Deductions from Gross Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | -50,000.00 |
| Simple IRA Emp. | | | 0.00 | | | -25,150.12 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | -75,150.12 |
| **Adjusted Gross Pay** | | | 0.00 | | | 178,849.90 |
| **Taxes Withheld** | | | | | | |
| Federal Withholding | | | 0.00 | | | -48,469.56 |
| Medicare Employee | | | 0.00 | | | -3,715.69 |
| Social Security Employee | | | 0.00 | | | -13,652.40 |
| VA - Withholding | | | 0.00 | | | -6,415.00 |
| WV - Withholding | | | 0.00 | | | -3,041.00 |
| Medicare Employee Addl Tax | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | 0.00 | | | -75,293.65 |
| **Net Pay** | | | 0.00 | | | 103,556.25 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 84.00 |
| Medicare Company | | | 0.00 | | | 3,715.69 |
| Social Security Company | | | 0.00 | | | 13,652.40 |
| VA - Unemployment | | | 0.00 | | | 404.80 |
| Auto Fringe | | | 0.00 | | | 2,254.73 |
| S-Corp Medical Insurance | | | 0.00 | | | 6,872.69 |
| Simple IRA Co. Match | | | 0.00 | | | 7,620.14 |
| **Total Employer Taxes and Contributions** | | | 0.00 | | | 34,604.45 |

0050