3/6/2020

https://www.winchestercpa.com

HOME | mike

1/3

# Winchester Accounting and Consulting, Inc.

## Michael W. Decker, CPA

### Philosophy

Winchester Accounting and Consulting is a full-service accounting firm that offers a wide array of individual and business services. What sets us apart is our contemporary and customer-oriented style and approach to addressing your unique accounting and financial needs. We are focused on serving the public by being extremely responsive and active with our clients. We offer services that range from the preparation of the basic individual tax return to the full-service handling of your business accounting and finance needs as an outsourced chief financial officer (CFO) and anything that may fall in-between.

We believe that there is no one-size-fits-all answer when it comes to accounting and finance; therefore, we tailor our services to address your needs. Our goal is to deliver top-notch advice and service that mitigates any tax consequences in a format that is simple to understand.

### Services

**Individual Taxation**
- Income tax preparation and filing
- Tax planning and consulting
- Representation before the IRS and other taxing authorities

**Business Taxation**
- Income tax preparation and filing
- Tax planning and consulting
- Representation before the IRS and other taxing authorities
- Assistance with payroll, property taxes, and business licenses
- Business start-up and entity selection consulting

**Accounting and Bookkeeping**
- Quickbooks setup, consulting and training
- Limited and full-service bookkeeping engagements

Exhibit E

0051

## About Mike

Mike has been providing professional accounting and tax services for over 10 years in the Winchester/Northern Virginia area. He graduated from West Virginia University in 2004 with a Masters of Professional Accountancy (MPA) as well as a Graduate Certificate in Forensic Accounting and Fraud Investigation and remains an avid WVU fan. His professional associations include the American Institute of Certified Public Accountants (AICPA) and the Virginia Society of Certified Public Accountants (VSCPA).

Mike lives in Winchester with his wife, Mary, and his two cats, Nuttie and Bonnie. Outside of accounting, Mike enjoys working out at Evolution Strength and Conditioning and playing tennis and basketball. He especially enjoys visiting the Outer Banks several times a year with family and friends.

## FIND ME

207 N. Cameron Street
Winchester, VA 22601



Winchester Accounting and Consulting (Located at The City Meat Building)

## Contact Me

 (540) 409-7994

Name *

Email *

https://www.winchestercpa.com

mdecker@winchestercpa.com

HOME | mike

Subject

Message

Send

**0053**