**Ford | FORD CREDIT — BUSINESS CREDIT APPLICATION**
FC-7144

| Field | Value |
|---|---|
| Dealer | |
| Location | |
| Contact | |
| Phone | |
| Fax | |
| Legal Name | Winchester Accounting and Consulting, Inc. |
| Date of Birth (for individuals) | |
| DBA | |
| Entity Type | ☒ Sub S (Proprietorship ☐, Corp. ☐, LLC ☐, Partnership ☐, Other ☐) |
| Tax Exempt Number | |
| State-Issued Organization # | VA |
| State of Organization | Virginia |
| SOC SEC # / TAX ID # | |
| Gross Profit (Monthly Income) | 32,000 |
| Type of Business | Professional svcs. |
| Yrs in Business | 2 |
| E-Mail and Website Address | mdecker@winchestercpa.com |
| Primary Legal/CEO Address: Street | 207 N. Cameron St |
| City | Winchester |
| County | City of Winchester |
| State | VA |
| Zip | 22601 |

Owner/Guarantor: Michael Decker, Title: President, Address: 305 Branner Ave, Winc, VA, PH#: 540-409-7494, Date of Birth: 11/10/80, Ownership: 100%

**Note:** Sole Proprietor, Individual Co-Applicant(s) or Individual Guarantor(s) must complete this section

Have you previously done business with Ford Motor Credit Company: ☒ No

**IMPORTANT INFORMATION ABOUT ESTABLISHING A RELATIONSHIP WITH FORD CREDIT**

For the purpose of securing credit from Ford Motor Credit Company ("Ford Credit"), each of the parties signing below (the "Undersigned") certifies that the above information is true and complete. The Undersigned authorize Ford Credit to: (i) check their respective credit and employment histories and to provide and/or obtain information about their credit experience with Ford Credit, and (ii) at any time, sell, transfer, or assign any credit secured from Ford Credit and any or all servicing rights with respect thereto, or grant participations therein or issue securities with respect thereto.

The Undersigned each consent and specifically authorize Ford Credit, as it may deem necessary or desirable, to forward any documentation and information which Ford Credit now has or may hereafter acquire in connection with any transaction between any of the Undersigned and Ford Credit to any potential investor, rating agency, and any other party involved in the sale, transfer, assignment, securitization, or participation transaction involving any credit granted to the Undersigned.

Ford Credit may receive from and disclose to other persons, including credit reporting agencies, financial information about the Undersigned and information about each Undersigned's account and credit experience and each of the Undersigned authorizes any person to release to Ford Credit financial information about the Undersigned and credit experience and account information on the Undersigned. In addition, each of the Undersigned agrees that Ford Credit may receive from and disclose to any of its affiliates, any and all such information now or hereafter provided by the Undersigned to any of the foregoing entities, including without limitation present and future credit applications, financial statements and organizational documents. This is a continuing authorization for all present and future disclosures of financial information, account information and credit experience on the Undersigned made by Ford Credit, or any person requested to release such information to Ford Credit. The Undersigned each agree that a credit report bearing on such Undersigned's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or way of living may be requested in connection with this application and future requests for credit. Upon request from any of the Undersigned, Ford Credit will advise such Undersigned, as applicable, whether a credit report was requested and if such a report was requested, Ford Credit, will inform such Undersigned, as applicable, of the name and address of the credit reporting agency that furnished the report.

The Undersigned each agree that Ford Credit, its affiliates, agents and service providers may monitor and record telephone calls regarding my account to assure the quality of service or for other reasons. Each of the Undersigned also expressly consent and agree to Ford Credit, its affiliates, agents and service providers using written, electronic or verbal means to contact the Undersigned. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. The Undersigned each agree that Ford Credit, its affiliates, agents and service providers may do so using any e-mail address or any telephone numbers the Undersigned provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether the Undersigned incur charges as a result.

SEE NEXT PAGE OF THIS FORM FOR IMPORTANT INFORMATION FOR CALIFORNIA, MAINE, OHIO, RHODE ISLAND, TENNESSEE, AND VERMONT.

Applicant Signature: Michael Decker, CPA    Title: President    Date: 2/1/17

I intend to apply for joint credit ___ (Applicant Initial Here)

Co-Applicant Signature: ___    Title: ___    Date: ___

I intend to apply for joint credit ___ (Co-Applicant Initial Here)

Guarantor Signature: ___    Title: ___    Date: ___

**If corporate guarantor, authorized officer must sign and show corporate title. If partnership guarantor, a general partner must sign and show "Partner" as Title. If individual guarantor, show "Individual" as Title.

V. 2.4

FC-7144 (REV. June 12)   Previous editions may not be used.   Please complete page 2 of this application for required transaction specific detail.

Exhibit F

0054

## BUSINESS CREDIT APPLICATION - PAGE 2

**VEHICLE INFORMATION** - (All of the below Information is tentative and subject to the terms and conditions of the applicable approval letter. Use additional application for multiple vehicles.)

| Qty | N/U | Year | Make / Model | GVW | Serial / VIN # | Total CAP Cost | Residual % | Est. Payment |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Installed equipment, body uplifts or add-ons, etc. > $1,000.00: _____ Total cost of body uplifts / add-ons: $ _____

| Qty | N/U | Year | Make / Model | GVW | Serial / VIN # | Total CAP Cost | Residual % | Est. Payment |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Installed equipment, body uplifts or add-ons, etc. > $1,000.00: _____ Total cost of body uplifts / add-ons: $ _____

| Trade Detail: QTY: | Year | Make / Model | VIN # | Dealer Allowance | Leinholder | Payoff Amount |
|---|---|---|---|---|---|---|

**Will the vehicles be:**
- Used in Hazardous Material Transportation: ☐ Yes ☒ No
- Used in People Moving Services: ☐ Yes ☒ No
- Used in For-Hire Transportation: ☐ Yes ☒ No
- Part of a Sub-Lease Arrangement? ☐ Yes ☒ No

NOTE SPECIFIC PROGRAM OR OTHER DETAIL: _____

**Terms:**
# of Months _____
# of Adv. Pmts. _____
Circle Skip Months:
J F M A M J J A S O N D
Other: _____

| | |
|---|---|
| Cash Price | $ |
| Net Trade | - |
| Cash Down | - |
| FET | + |
| Other Up Front Tax | + |
| Tags & Title | + |
| Cap Cost | $ |
| Est. Payment | $ |

### California Disclosure
Applicant, if married, may apply for a separate account.

### Maine Resident
If your credit application is approved and you finance the purchase of your motor vehicle through Creditor, you will be required to insure the vehicle against loss or damage. Creditor requires collision coverage and comprehensive coverage or fire and theft coverage. In addition, if this application is for a lease, Creditor will also require you to obtain liability insurance.

You have the option to select an agent or broker of your choice, whether or not affiliated with Creditor. Obtaining insurance from a particular agent or broker does not affect credit decisions by Creditor, unless the insurance product selected violates the terms of your contract for the purchase or lease of the motor vehicle.

### Ohio Disclosure
The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

### Rhode Island Resident
A Credit Report may be requested in connection with this application for credit. Vehicle insurance may be obtained from a person of your choice.

### Tennessee Resident
You must maintain insurance during the term of the contract. You must give the Creditor evidence of this insurance. The amount and type of insurance must be acceptable to the Creditor. YOU MAY CHOOSE THE PERSON THROUGH WHOM ANY INSURANCE IS OBTAINED.

### Vermont Resident
By signing this credit application, Applicant consents to your obtaining a credit report for the purposes of evaluating this application and to obtain subsequent credit reports, in connection with this transaction, for the purpose of reviewing the account, taking collection action on the account or for any other legitimate purpose associated with the account.

FC-7144 (REV. June 12) Previous editions may not be used.

0055

**RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE**

| Buyer Name and Address (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| WINCHESTER HOUSING AND CONSULTING 207 N CAMERON ST WINCHESTER CITY VA 22601 | | WALDORF FORD, INC. 2440 CRAIN HWY WALDORF MD 20601 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract), or, upon assignment, the assignee of this contract, the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2017 | FORD F-150 | 1FTFW1RG6HFB18917 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural |

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 5.99 % | $ 11,759.67 | $ 71,965.93 | $ 85,725.60 | $ 85,725.60 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 1,428.76 | Monthly beginning MARCH 28, 2017 |

Late Charge. If payment is not received in full within 15 days after it is due, you will pay a late charge of 10% of the part of the payment that is late, with a minimum charge of $ 5.

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price
   A Cash Price of Motor Vehicle ... $ 78,157.43 (A)
   B Dealer Processing Charge ... $ 299.00 (B)
   C Freight Charge ... $ N/A (C)
   D Other ... $ N/A (D)
   E Other ... $ N/A (E)
   Total Cash Price $ 78,456.43 (1)

Amount Financed $ 71,965.93

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

CUSTOMER COPY

0056

