DECLARATIONS

ERIE INSURANCE EXCHANGE
VIRGINIA COMMERCIAL AUTO POLICY
NON-FLEET



100 Erie Insurance Place
Erie, PA 16530

NEW DECLARATIONS

**ITEM 1.**

| Agent | Policy Period | Policy Number |
|---|---|---|
| DD2387   THE WINCHESTER GRP INC | 02/03/17 TO 02/03/18 AT 12:01 A.M. STANDARD TIME | Q02 0330808 V7 |

**Named Insured and Address**
WINCHESTER ACCOUNTING & CONSUL
207 N CAMERON ST
WINCHESTER VA 22601-4803

**Other Interest**

**ITEM 2. SCHEDULE OF COVERAGES AND COVERED AUTOS-**

THIS POLICY PROVIDES ONLY THOSE COVERAGES WHERE A CHARGE OR INCL IS SHOWN IN THE PREMIUM COLUMN IN ITEM 3. EACH OF THESE COVERAGES WILL APPLY ONLY TO THOSE "AUTOS" SHOWN AS COVERED "AUTOS". "AUTOS" ARE SHOWN AS COVERED "AUTOS" FOR A PARTICULAR COVERAGE BY ENTRY OF ONE OR MORE OF THE SYMBOLS FROM THE COVERED AUTOS SECTION OF THE BUSINESS AUTO COVERAGE FORM NEXT TO THE NAME OF THE COVERAGE.

| COVERAGES | COVERED AUTO SYMBOL DESIGNATION |
|---|---|
| LIABILITY COVERAGE | 1 |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS | 2 |
| UNINSURED/UNDERINSURED MOTORISTS | 6 |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | 7, 8 |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS | |
| PHYSICAL DAMAGE COLLISION COVERAGE | 7, 8 |
| PHYSICAL DAMAGE TOWING AND LABOR | |

See Reverse Side

Exhibit G

**0058**

*THIS PAGE INTENTIONALLY LEFT BLANK*

Q02 0330808               CONTINUED ON NEXT PAGE

**0059**

DECLARATIONS

ERIE INSURANCE EXCHANGE
VIRGINIA COMMERCIAL AUTO POLICY
NON-FLEET



100 Erie Insurance Place
Erie, PA 16530

NEW DECLARATIONS

**ITEM 1.**

| Agent | | Policy Period | Policy Number |
|---|---|---|---|
| DD2387 | THE WINCHESTER GRP INC | 02/03/17 TO 02/03/18 AT 12:01 A.M. STANDARD TIME | Q02 0330808 V7 |

**Named Insured and Address**
WINCHESTER ACCOUNTING & CONSUL
207 N CAMERON ST
WINCHESTER VA  22601-4803

**Other Interest**

ITEM 3. COVERED AUTOS-

| AUTO | YR | MAKE | VIN | ST | TER | SYM | CM | CL | RATING | CLASS |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 17 | FORD F150 | 1FTFW1RG6HFB18917 | VA | 9N | V1 | | | | 6 |
| 11 | 00 | HIRED AUTO | PRIMARY BASIS | VA | 9N | | | | | |
| 12 | 00 | NON-OWNED AUTO | 1 - 25 EMPLS | VA | 9N | | | | | |

THIS POLICY PROVIDES ONLY THOSE COVERAGES WHERE A CHARGE OR INCL IS SHOWN IN
THE PREMIUM COLUMN BELOW.  COVERAGES, LIMITS AND ANNUAL PREMIUMS ARE AS FOLLOWS-

M EQUALS THOUSAND $

| | # 10 | # 11 | # 12 |
|---|---|---|---|
| LIABILITY COVERAGE- | | | |
|   BOD INJ & PROP DAMAGE $1000M/ACC | 334 | | |
| HIRED AUTOS LIABILITY- | | | |
|   BOD INJ & PROP DAMAGE $1000M/ACC | | 37 | |
| EMPLOYERS NON-OWNED AUTOS LIABILITY- | | | |
|   BOD INJ & PROP DAMAGE $1000M/ACC | | | 53 |
| MEDICAL EXPENSE BENEFITS- | | | |
|   $5M/PERSON | 27 | | |
|   INCOME LOSS $100/WEEK | 3 | | |
| UNINSURED/UNDERINSURED MOTORISTS COVERAGE- | | | |
|   BOD INJ & PROP DAMAGE $1000M/ACC-$200 DED | 88 | | |
| PHYSICAL DAMAGE COVERAGES- | | | |
|   COMPREHENSIVE - $500 DED | 122 | | |
|   COLLISION - $500 DED | 307 | | |
| HIRED AUTOS PHYSICAL DAMAGE- | | | |
|   COMPREHENSIVE - $500 DED | | 5 | |
|   COLLISION - $500 DED | | 10 | |
| TOTAL ANNUAL PREMIUM FOR EACH AUTO | 881 | 52 | 53 |
| TOTAL ANNUAL POLICY PREMIUM   $ | 986 | | |

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

See Reverse Side

0060

ITEM 4. IF A DOLLAR AMOUNT DISPLAYS FOR HIRED AUTOS COVERAGE, COST OF HIRE IS USED AS THE PREMIUM BASE. COST OF HIRE MEANS THE TOTAL AMOUNT YOU INCUR FOR THE HIRE OF "AUTOS" YOU DON'T OWN (NOT INCLUDING "AUTOS" YOU BORROW OR RENT FROM YOUR PARTNERS OR "EMPLOYEES" OR THEIR FAMILY MEMBERS). COST OF HIRE DOES NOT INCLUDE CHARGES FOR SERVICES PERFORMED BY MOTOR CARRIERS OF PROPERTY OR PASSENGERS.

ITEM 5. IF COVERAGE IS PROVIDED FOR PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE IN ITEM 3, THE LIMIT IS: - ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $25 DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM.

ITEM 6. APPLICABLE POLICY, ENDORSEMENTS, EXCEPTIONS TO DECLARATIONS ITEMS
 ALL AUTOS - VACAP 09/10*, ADVA01 03/16*, FORM SA 11/12*, BACF 03/06*,
 CA0116 04/15*, CA0121 02/99*, CA0268 10/15*, CA2121 11/02*, CA9930 10/01*,
 CA9944 12/93*, CA9962 11/02*, CA9963 11/02*, CA9966 12/05*, IL0017 11/98*,
 IL0021 09/08*, UFB935 01/17*, UF9525* 10/13*, UF4839* 03/15*.
  AUTO 10 - CA2246 01/16*, CA2121 11/02*.
  AUTO 11 - CA2033 10/01*.

Q02 0330808              CONTINUED ON NEXT PAGE

0061

DECLARATIONS

ERIE INSURANCE EXCHANGE
VIRGINIA COMMERCIAL AUTO POLICY
NON-FLEET



100 Erie Insurance Place
Erie, PA 16530

NEW DECLARATIONS

### ITEM 1.

| Agent | Policy Period | Policy Number |
|---|---|---|
| DD2387  THE WINCHESTER GRP INC | 02/03/17 TO 02/03/18 AT 12:01 A.M. STANDARD TIME | Q02 0330808 V7 |

**Named Insured and Address**
WINCHESTER ACCOUNTING & CONSUL
207 N CAMERON ST
WINCHESTER VA  22601-4803

**Other Interest**

### SCHEDULE OF FORMS

```
VACAP     09/10 - VIRGINIA COMMERCIAL AUTO POLICY
ADVA01    03/16 - XTRA FEATURES POLICY CHANCE ENDT
FORM SA   11/12 - SUBSCRIBERS AGREEMENT
BACF      03/06 - BUSINESS AUTO COVERAGE FORM
CA0116    04/15 - VIRGINIA CHANGES - BUSINESS AUTO
                  COVERAGE FORM
CA0121    02/99 - LIMITED MEXICO COVERAGE
CA0268    10/15 - VIRGINIA CHANGES IN POLICY - CANCELLATION
                   AND NONRENEWAL
CA2121    11/02 - UNINSURED MOTORISTS ENDORSEMENT(VIRGINIA)
CA9930    10/01 - TAPES, RECORDS, AND DISCS COVERAGE
CA9944    12/93 - LOSS PAYABLE CLAUSE
CA9962    11/02 - VIRGINIA - FEDERAL EMPLOYEES USING AUTOS
                  IN GOVERNMENT BUSINESS
CA9963    11/02 - DISTRICT OF COLUMBIA EMPLOYEES USING
                  AUTOS IN GOVERNMENT BUSINESS - VIRGINIA
CA9966    12/05 - COMMONWEALTH OF VIRGINIA EMPLOYEES USING
                  AUTOS IN GOVERNMENT BUSINESS
IL0017    11/98 - COMMON POLICY CONDITIONS
IL0021    09/08 - NUCLEAR ENERGY LIABILITY EXCLUSION
                  ENDORSEMENT (BROAD FORM)
UFB935    01/17 - VIRGINIA - NOTICE TO POLICYHOLDERS
UF9525*   10/13 - IF YOUR POLICY INSURES PRIVATE PASSENGER
                  - TYPE AUTOS
UF4839*   03/15 - ERIE INSURANCE PRIVACY NOTICE
CA2246    01/16 - VIRGINIA MEDICAL EXPENSE AND INCOME
                  LOSS BENEFITS
CA2033    10/01 - AUTOS LEASED, HIRED, RENTED OR BORROWED
                  WITH DRIVERS - PHYSICAL DAMAGE COVERAGE
```

MISCELLANEOUS INFORMATION

   TRUCKS TRACTORS TRAILERS RADIUS OF OPERATIONS
    50 MILES UNLESS OTHERWISE SPECIFIED

See Reverse Side

0062

ITEM 7. EACH AUTO WE INSURE WILL BE PRINCIPALLY GARAGED AT THE ADDRESS SHOWN IN ITEM 1, UNLESS ANOTHER ADDRESS IS SHOWN BELOW.

ITEM 8. EACH AUTO WE INSURE IS USED IN THE BUSINESS AS SHOWN BELOW.

   ITEM 8 ACCOUNTING & AUDITING

ITEM 9. UNLESS OTHERWISE INDICATED BELOW, THE NAMED INSURED IS THE SOLE OWNER OF EACH AUTO WE INSURE.


Q02 0330808

**0063**