## Winchester Accounting and Consulting, Inc.

| Billings Summary by Month |
| --- |

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 1 of 1

Filters Used:
- Invoice Date:    1/1/2016  to  12/31/2017
- Invoice Date:    8/21/2017  to  1/1/2020

| Inv/Pay Date | Services | Expenses | Taxes | Discounts | Net Billed* | Paid* |
| --- | --- | --- | --- | --- | --- | --- |
| January 2016 | $17,249.50 | $0.00 | $0.00 | $0.00 | $17,249.50 | $10,274.50 |
| February 2016 | $37,973.50 | $0.00 | $0.00 | $0.00 | $37,973.50 | $21,350.00 |
| March 2016 | $58,131.00 | $0.00 | $0.00 | $0.00 | $58,131.00 | $32,629.50 |
| April 2016 | $65,509.50 | $0.00 | $0.00 | $0.00 | $65,509.50 | $55,809.50 |
| May 2016 | $13,110.00 | $0.00 | $0.00 | $0.00 | $13,110.00 | $30,695.00 |
| June 2016 | $13,682.50 | $0.00 | $0.00 | $0.00 | $13,682.50 | $14,970.00 |
| July 2016 | $10,731.00 | $0.00 | $0.00 | $0.00 | $10,731.00 | $14,320.00 |
| August 2016 | $26,286.00 | $0.00 | $0.00 | $0.00 | $26,286.00 | $27,442.00 |
| September 2016 | $9,631.50 | $0.00 | $0.00 | $0.00 | $9,631.50 | $30,281.50 |
| October 2016 | $34,508.50 | $0.00 | $0.00 | $0.00 | $34,508.50 | $0.00 |
| November 2016 | $23,162.00 | $0.00 | $0.00 | $0.00 | $23,162.00 | $44,758.50 |
| December 2016 | $82,789.50 | $0.00 | $0.00 | $0.00 | $82,789.50 | $81,901.50 |
| January 2017 | $12,381.00 | $0.00 | $0.00 | $0.00 | $12,381.00 | $22,256.00 |
| February 2017 | $10,045.00 | $0.00 | $0.00 | $0.00 | $10,045.00 | $3,812.50 |
| March 2017 | $32,865.00 | $0.00 | $0.00 | $0.00 | $32,865.00 | $11,150.00 |
| April 2017 | $83,832.00 | $0.00 | $0.00 | $0.00 | $83,832.00 | $26,180.00 |
| May 2017 | $13,133.00 | $0.00 | $0.00 | $0.00 | $13,133.00 | $41,398.00 |
| June 2017 | $14,235.00 | $0.00 | $0.00 | $0.00 | $14,235.00 | $13,560.00 |
| July 2017 | $60,610.50 | $0.00 | $0.00 | $0.00 | $60,610.50 | $92,252.50 |
| August 2017 | $18,525.00 | $0.00 | $0.00 | $0.00 | $18,525.00 | $34,025.00 |
| September 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,300.00 |
| October 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,475.00 |
| November 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,325.00 |
| December 2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,570.00 |
| February 2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,675.00 |
| August 2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| October 2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,850.00 |
| Grand Total: | $638,391.00 | $0.00 | $0.00 | $0.00 | $638,391.00 | $631,761.00 |

Exhibit I

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Use retainer excluded, net billed before retainer applied.

0079

# Winchester Accounting and Consulting, Inc.

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 1 of 15

Filters Used:
- Invoice Date:   1/1/2016 to 12/31/2017
- Invoice Date:   8/21/2017 to 1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 1/7/2016 | 1253 | $1,017.00 | $1,017.00 |
| 1/7/2016 | 1253 | $940.50 | $940.50 |
| 1/7/2016 | 1253 | $790.50 | $790.50 |
| 1/7/2016 | 1253 | $1,353.00 | $1,353.00 |
| 1/7/2016 | 1253 | $823.50 | $823.50 |
| 1/11/2016 | 1254 | $1,975.00 | $1,975.00 |
| 1/11/2016 | 1255 | $650.00 | $650.00 |
| 1/11/2016 | 1256 | $1,875.00 | $1,875.00 |
| 1/11/2016 | 1257 | $250.00 | $250.00 |
| 1/11/2016 | 1258 | $375.00 | $375.00 |
| 1/16/2016 | 1259 | $900.00 | $900.00 |
| 1/16/2016 | 1260 | $850.00 | $850.00 |
| 1/16/2016 | 1261 | $1,200.00 | $1,200.00 |
| 1/26/2016 | 1262 | $1,200.00 | $1,200.00 |
| 1/26/2016 | 1263 | $1,200.00 | $1,200.00 |
| 1/30/2016 | 1264 | $1,850.00 | $1,850.00 |
| 2/2/2016 | 1266 | $1,250.00 | $1,250.00 |
| 2/2/2016 | 1267 | $1,875.00 | $1,875.00 |
| 2/2/2016 | 1268 | $200.00 | $200.00 |
| 2/2/2016 | 1269 | $1,975.00 | $1,975.00 |
| 2/2/2016 | 1270 | $1,425.00 | $1,425.00 |
| 2/3/2016 | 1271 | $1,325.00 | $1,325.00 |
| 2/3/2016 | 1272 | $775.00 | $775.00 |
| 2/3/2016 | 1274 | $450.00 | $450.00 |
| 2/4/2016 | 1273 | $1,200.00 | $1,200.00 |
| 2/4/2016 | 1532 | $250.00 | $250.00 |
| 2/13/2016 | 1275 | $250.00 | $250.00 |
| 2/13/2016 | 1276 | $525.00 | $525.00 |
| 2/13/2016 | 1277 | $525.00 | $525.00 |
| 2/13/2016 | 1278 | $525.00 | $525.00 |
| 2/13/2016 | 1279 | $525.00 | $525.00 |
| 2/13/2016 | 1281 | $275.00 | $275.00 |
| 2/14/2016 | 1280 | $712.50 | $712.50 |
| 2/14/2016 | 1280 | $850.50 | $850.50 |
| 2/14/2016 | 1280 | $780.00 | $780.00 |
| 2/14/2016 | 1280 | $994.50 | $994.50 |
| 2/14/2016 | 1282 | $636.00 | $636.00 |
| 2/14/2016 | 1284 | $900.00 | $900.00 |
| 2/14/2016 | 1285 | $550.00 | $550.00 |
| 2/15/2016 | 1286 | $425.00 | $425.00 |
| 2/16/2016 | 1287 | $325.00 | $325.00 |
| 2/16/2016 | 1288 | $325.00 | $325.00 |
| 2/16/2016 | 1289 | $350.00 | $350.00 |
| 2/16/2016 | 1290 | $250.00 | $250.00 |
| 2/20/2016 | 1291 | $1,675.00 | $1,675.00 |
| 2/20/2016 | 1292 | $250.00 | $250.00 |
| 2/20/2016 | 1293 | $300.00 | $300.00 |
|  |  | $325.00 | $325.00 |

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0080

# Winchester Accounting and Consulting, Inc.

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Invoice List by Date with Gross/Net Bill Amount

Printed on: 10/26/2018
Page 2 of 15

Filters Used:
- Invoice Date:    1/1/2016  to  12/31/2017
- Invoice Date:    8/21/2017  to  1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 2/20/2016 | 1294 | $350.00 | $350.00 |
| 2/20/2016 | 1295 | $50.00 | $50.00 |
| 2/20/2016 | 1296 | $1,275.00 | $1,275.00 |
| 2/20/2016 | 1297 | $1,900.00 | $1,900.00 |
| 2/20/2016 | 1298 | $1,200.00 | $1,200.00 |
| 2/21/2016 | 1299 | $2,100.00 | $2,100.00 |
| 2/21/2016 | 1300 | $850.00 | $850.00 |
| 2/21/2016 | 1301 | $375.00 | $375.00 |
| 2/22/2016 | 1302 | $300.00 | $300.00 |
| 2/22/2016 | 1303 | $500.00 | $500.00 |
| 2/22/2016 | 1304 | $975.00 | $975.00 |
| 2/23/2016 | 1305 | $375.00 | $375.00 |
| 2/25/2016 | 1306 | $350.00 | $350.00 |
| 2/25/2016 | 1307 | $425.00 | $425.00 |
| 2/25/2016 | 1308 | $1,800.00 | $1,800.00 |
| 2/25/2016 | 1309 | $325.00 | $325.00 |
| 2/25/2016 | 1310 | $325.00 | $325.00 |
| 2/26/2016 | 1311 | $1,500.00 | $1,500.00 |
| 3/1/2016 | 1312 | $300.00 | $300.00 |
| 3/1/2016 | 1313 | $325.00 | $325.00 |
| 3/1/2016 | 1314 | $250.00 | $250.00 |
| 3/1/2016 | 1315 | $375.00 | $375.00 |
| 3/1/2016 | 1316 | $1,950.00 | $1,950.00 |
| 3/1/2016 | 1317 | $1,875.00 | $1,875.00 |
| 3/1/2016 | 1318 | $575.00 | $575.00 |
| 3/1/2016 | 1319 | $150.00 | $150.00 |
| 3/1/2016 | 1320 | $475.00 | $475.00 |
| 3/1/2016 | 1321 | $1,100.00 | $1,100.00 |
| 3/3/2016 | 1322 | $850.00 | $850.00 |
| 3/3/2016 | 1323 | $550.00 | $550.00 |
| 3/3/2016 | 1324 | $450.00 | $450.00 |
| 3/3/2016 | 1325 | $525.00 | $525.00 |
| 3/3/2016 | 1326 | $275.00 | $275.00 |
| 3/3/2016 | 1327 | $325.00 | $325.00 |
| 3/3/2016 | 1328 | $325.00 | $325.00 |
| 3/3/2016 | 1329 | $1,575.00 | $1,575.00 |
| 3/4/2016 | 1330 | $850.00 | $850.00 |
| 3/7/2016 | 1331 | $275.00 | $275.00 |
| 3/7/2016 | 1332 | $275.00 | $275.00 |
| 3/8/2016 | 1333 | $732.00 | $732.00 |
| 3/8/2016 | 1333 | $856.50 | $856.50 |
| 3/8/2016 | 1333 | $609.00 | $609.00 |
| 3/8/2016 | 1333 | $939.00 | $939.00 |
| 3/8/2016 | 1334 | $664.50 | $664.50 |
| 3/9/2016 | 1335 | $1,850.00 | $1,850.00 |
| 3/11/2016 | 1336 | $330.00 | $330.00 |
| 3/11/2016 | 1337 | $475.00 | $475.00 |
| | | $250.00 | $250.00 |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Gross Billed = Service + Expense Amount (no taxes or discounts)

# Winchester Accounting and Consulting, Inc

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 3 of 15

Filters Used:
- Invoice Date:   1/1/2016  to  12/31/2017
- Invoice Date:   8/21/2017  to  1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 3/11/2016 | 1338 | $425.00 | $425.00 |
| 3/13/2016 | 1339 | $275.00 | $275.00 |
| 3/13/2016 | 1340 | $250.00 | $250.00 |
| 3/13/2016 | 1341 | $450.00 | $450.00 |
| 3/13/2016 | 1342 | $425.00 | $425.00 |
| 3/13/2016 | 1344 | $350.00 | $350.00 |
| 3/13/2016 | 1345 | $275.00 | $275.00 |
| 3/13/2016 | 1346 | $525.00 | $525.00 |
| 3/13/2016 | 1347 | $900.00 | $900.00 |
| 3/13/2016 | 1348 | $3,775.00 | $3,775.00 |
| 3/14/2016 | 1349 | $300.00 | $300.00 |
| 3/17/2016 | 1350 | $575.00 | $575.00 |
| 3/17/2016 | 1351 | $550.00 | $550.00 |
| 3/17/2016 | 1352 | $275.00 | $275.00 |
| 3/18/2016 | 1353 | $500.00 | $500.00 |
| 3/20/2016 | 1355 | $450.00 | $450.00 |
| 3/20/2016 | 1356 | $525.00 | $525.00 |
| 3/20/2016 | 1357 | $450.00 | $450.00 |
| 3/20/2016 | 1358 | $750.00 | $750.00 |
| 3/21/2016 | 1359 | $495.00 | $495.00 |
| 3/23/2016 | 1360 | $325.00 | $325.00 |
| 3/23/2016 | 1361 | $300.00 | $300.00 |
| 3/23/2016 | 1362 | $300.00 | $300.00 |
| 3/23/2016 | 1363 | $375.00 | $375.00 |
| 3/23/2016 | 1364 | $375.00 | $375.00 |
| 3/23/2016 | 1365 | $400.00 | $400.00 |
| 3/23/2016 | 1366 | $450.00 | $450.00 |
| 3/23/2016 | 1367 | $575.00 | $575.00 |
| 3/23/2016 | 1368 | $300.00 | $300.00 |
| 3/23/2016 | 1369 | $625.00 | $625.00 |
| 3/24/2016 | 1370 | $450.00 | $450.00 |
| 3/24/2016 | 1371 | $550.00 | $550.00 |
| 3/24/2016 | 1372 | $2,000.00 | $2,000.00 |
| 3/24/2016 | 1373 | $3,500.00 | $3,500.00 |
| 3/24/2016 | 1374 | $1,600.00 | $1,600.00 |
| 3/25/2016 | 1375 | $400.00 | $400.00 |
| 3/25/2016 | 1376 | $275.00 | $275.00 |
| 3/25/2016 | 1377 | $500.00 | $500.00 |
| 3/25/2016 | 1378 | $825.00 | $825.00 |
| 3/25/2016 | 1379 | $575.00 | $575.00 |
| 3/26/2016 | 1380 | $350.00 | $350.00 |
| 3/26/2016 | 1381 | $275.00 | $275.00 |
| 3/28/2016 | 1382 | $275.00 | $275.00 |
| 3/28/2016 | 1383 | $275.00 | $275.00 |
| 3/28/2016 | 1384 | $875.00 | $875.00 |
| 3/28/2016 | 1385 | $850.00 | $850.00 |
| 3/28/2016 | 1386 | $125.00 | $125.00 |
| 3/29/2016 | 1387 | $550.00 | $550.00 |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0082

# Winchester Accounting and Consulting, Inc.

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 4 of 15

Filters Used:
- Invoice Date:    1/1/2016 to 12/31/2017
- Invoice Date:    8/21/2017 to 1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 3/30/2016 | 1388 | $130.00 | $130.00 |
| 3/30/2016 | 1389 | $300.00 | $300.00 |
| 3/30/2016 | 1390 | $275.00 | $275.00 |
| 3/30/2016 | 1391 | $550.00 | $550.00 |
| 3/30/2016 | 1392 | $725.00 | $725.00 |
| 3/30/2016 | 1393 | $1,250.00 | $1,250.00 |
| 3/30/2016 | 1394 | $600.00 | $600.00 |
| 3/30/2016 | 1395 | $1,200.00 | $1,200.00 |
| 3/31/2016 | 1396 | $425.00 | $425.00 |
| 3/31/2016 | 1397 | $500.00 | $500.00 |
| 3/31/2016 | 1398 | $475.00 | $475.00 |
| 3/31/2016 | 1399 | $550.00 | $550.00 |
| 4/1/2016 | 1400 | $550.00 | $550.00 |
| 4/3/2016 | 1401 | $750.00 | $750.00 |
| 4/3/2016 | 1402 | $225.00 | $225.00 |
| 4/3/2016 | 1403 | $475.00 | $475.00 |
| 4/3/2016 | 1404 | $150.00 | $150.00 |
| 4/3/2016 | 1405 | $775.00 | $775.00 |
| 4/3/2016 | 1406 | $375.00 | $375.00 |
| 4/3/2016 | 1407 | $375.00 | $375.00 |
| 4/3/2016 | 1408 | $375.00 | $375.00 |
| 4/3/2016 | 1409 | $650.00 | $650.00 |
| 4/3/2016 | 1410 | $325.00 | $325.00 |
| 4/5/2016 | 1411 | $1,950.00 | $1,950.00 |
| 4/5/2016 | 1412 | $600.00 | $600.00 |
| 4/5/2016 | 1413 | $175.00 | $175.00 |
| 4/6/2016 | 1414 | $775.50 | $775.50 |
| 4/6/2016 | 1414 | $829.50 | $829.50 |
| 4/6/2016 | 1414 | $565.50 | $565.50 |
| 4/6/2016 | 1414 | $1,023.00 | $1,023.00 |
| 4/6/2016 | 1414 | $801.00 | $801.00 |
| 4/6/2016 | 1415 | $525.00 | $525.00 |
| 4/6/2016 | 1416 | $325.00 | $325.00 |
| 4/6/2016 | 1417 | $650.00 | $650.00 |
| 4/6/2016 | 1418 | $1,975.00 | $1,975.00 |
| 4/6/2016 | 1419 | $450.00 | $450.00 |
| 4/6/2016 | 1420 | $325.00 | $325.00 |
| 4/7/2016 | 1421 | $395.00 | $395.00 |
| 4/8/2016 | 1422 | $450.00 | $450.00 |
| 4/8/2016 | 1423 | $350.00 | $350.00 |
| 4/8/2016 | 1424 | $325.00 | $325.00 |
| 4/8/2016 | 1425 | $325.00 | $325.00 |
| 4/8/2016 | 1426 | $725.00 | $725.00 |
| 4/8/2016 | 1427 | $575.00 | $575.00 |
| 4/9/2016 | 1428 | $800.00 | $800.00 |
| 4/11/2016 | 1429 | $425.00 | $425.00 |
| 4/11/2016 | 1430 | $425.00 | $425.00 |
| 4/11/2016 | 1431 | $250.00 | $250.00 |

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0083

# Winchester Accounting and Consulting, Inc.

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 5 of 15

Filters Used:
- Invoice Date:    1/1/2016  to  12/31/2017
- Invoice Date:    8/21/2017  to  1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 4/11/2016 | 1432 | $500.00 | $500.00 |
| 4/11/2016 | 1433 | $425.00 | $425.00 |
| 4/11/2016 | 1434 | $625.00 | $625.00 |
| 4/11/2016 | 1435 | $1,100.00 | $1,100.00 |
| 4/11/2016 | 1436 | $875.00 | $875.00 |
| 4/11/2016 | 1437 | $550.00 | $550.00 |
| 4/11/2016 | 1438 | $825.00 | $825.00 |
| 4/11/2016 | 1439 | $600.00 | $600.00 |
| 4/12/2016 | 1440 | $550.00 | $550.00 |
| 4/12/2016 | 1441 | $425.00 | $425.00 |
| 4/12/2016 | 1442 | $3,875.00 | $3,875.00 |
| 4/12/2016 | 1443 | $1,250.00 | $1,250.00 |
| 4/12/2016 | 1444 | $1,250.00 | $1,250.00 |
| 4/12/2016 | 1445 | $1,250.00 | $1,250.00 |
| 4/12/2016 | 1446 | $1,250.00 | $1,250.00 |
| 4/12/2016 | 1447 | $1,250.00 | $1,250.00 |
| 4/12/2016 | 1448 | $575.00 | $575.00 |
| 4/12/2016 | 1449 | $295.00 | $295.00 |
| 4/12/2016 | 1450 | $375.00 | $375.00 |
| 4/12/2016 | 1451 | $350.00 | $350.00 |
| 4/13/2016 | 1452 | $650.00 | $650.00 |
| 4/13/2016 | 1453 | $375.00 | $375.00 |
| 4/13/2016 | 1454 | $375.00 | $375.00 |
| 4/13/2016 | 1455 | $425.00 | $425.00 |
| 4/13/2016 | 1456 | $1,100.00 | $1,100.00 |
| 4/13/2016 | 1457 | $550.00 | $550.00 |
| 4/14/2016 | 1458 | $375.00 | $375.00 |
| 4/14/2016 | 1459 | $275.00 | $275.00 |
| 4/14/2016 | 1460 | $450.00 | $450.00 |
| 4/14/2016 | 1461 | $500.00 | $500.00 |
| 4/15/2016 | 1462 | $1,450.00 | $1,450.00 |
| 4/15/2016 | 1463 | $600.00 | $600.00 |
| 4/15/2016 | 1464 | $550.00 | $550.00 |
| 4/17/2016 | 1465 | $300.00 | $300.00 |
| 4/17/2016 | 1466 | $425.00 | $425.00 |
| 4/18/2016 | 1467 | $4,500.00 | $4,500.00 |
| 4/18/2016 | 1468 | $525.00 | $525.00 |
| 4/18/2016 | 1469 | $875.00 | $875.00 |
| 4/18/2016 | 1471 | $850.00 | $850.00 |
| 4/18/2016 | 1472 | $450.00 | $450.00 |
| 4/18/2016 | 1473 | $475.00 | $475.00 |
| 4/18/2016 | 1474 | $325.00 | $325.00 |
| 4/18/2016 | 1475 | $375.00 | $375.00 |
| 4/18/2016 | 1476 | $350.00 | $350.00 |
| 4/18/2016 | 1477 | $3,150.00 | $3,150.00 |
| 4/26/2016 | 1521 | $500.00 | $500.00 |
| 4/26/2016 | 1522 | $500.00 | $500.00 |
| 4/26/2016 | 1523 | $500.00 | $500.00 |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0084

# Winchester Accounting and Consulting, Inc

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 6 of 15

Filters Used:
- Invoice Date:    1/1/2016  to  12/31/2017
- Invoice Date:    8/21/2017  to  1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 4/26/2016 | 1524 | $500.00 | $500.00 |
| 4/30/2016 | 1483 | $4,000.00 | $4,000.00 |
| 5/6/2016 | 1478 | $25.00 | $25.00 |
| 5/10/2016 | 1479 | $650.00 | $650.00 |
| 5/10/2016 | 1480 | $200.00 | $200.00 |
| 5/10/2016 | 1481 | $1,925.00 | $1,925.00 |
| 5/10/2016 | 1482 | $1,975.00 | $1,975.00 |
| 5/13/2016 | 1484 | $591.00 | $591.00 |
| 5/13/2016 | 1484 | $846.00 | $846.00 |
| 5/13/2016 | 1484 | $520.50 | $520.50 |
| 5/13/2016 | 1484 | $1,060.50 | $1,060.50 |
| 5/13/2016 | 1484 | $792.00 | $792.00 |
| 5/25/2016 | 1485 | $575.00 | $575.00 |
| 5/25/2016 | 1486 | $450.00 | $450.00 |
| 5/25/2016 | 1487 | $1,500.00 | $1,500.00 |
| 5/31/2016 | 1493 | $2,000.00 | $2,000.00 |
| 6/8/2016 | 1488 | $150.00 | $150.00 |
| 6/8/2016 | 1489 | $750.00 | $750.00 |
| 6/8/2016 | 1490 | $1,925.00 | $1,925.00 |
| 6/8/2016 | 1491 | $1,975.00 | $1,975.00 |
| 6/8/2016 | 1492 | $664.50 | $664.50 |
| 6/8/2016 | 1492 | $919.50 | $919.50 |
| 6/8/2016 | 1492 | $463.50 | $463.50 |
| 6/8/2016 | 1492 | $1,189.50 | $1,189.50 |
| 6/8/2016 | 1492 | $820.50 | $820.50 |
| 6/24/2016 | 1494 | $25.00 | $25.00 |
| 6/29/2016 | 1495 | $1,150.00 | $1,150.00 |
| 6/29/2016 | 1496 | $800.00 | $800.00 |
| 6/30/2016 | 1501 | $2,000.00 | $2,000.00 |
| 6/30/2016 | 1511 | $850.00 | $850.00 |
| 7/7/2016 | 1497 | $1,925.00 | $1,925.00 |
| 7/7/2016 | 1498 | $175.00 | $175.00 |
| 7/7/2016 | 1499 | $750.00 | $750.00 |
| 7/7/2016 | 1500 | $1,975.00 | $1,975.00 |
| 7/8/2016 | 1502 | $690.00 | $690.00 |
| 7/8/2016 | 1502 | $768.00 | $768.00 |
| 7/8/2016 | 1502 | $699.00 | $699.00 |
| 7/8/2016 | 1502 | $957.00 | $957.00 |
| 7/8/2016 | 1502 | $792.00 | $792.00 |
| 7/27/2016 | 1504 | $2,000.00 | $2,000.00 |
| 8/9/2016 | 1505 | $1,925.00 | $1,925.00 |
| 8/9/2016 | 1506 | $775.00 | $775.00 |
| 8/9/2016 | 1507 | $150.00 | $150.00 |
| 8/9/2016 | 1508 | $1,975.00 | $1,975.00 |
| 8/9/2016 | 1509 | $2,000.00 | $2,000.00 |
| 8/9/2016 | 1512 | $781.50 | $781.50 |
| 8/9/2016 | 1512 | $865.50 | $865.50 |
| 8/9/2016 | 1512 | $604.50 | $604.50 |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Gross Billed = Service + Expense Amount (no taxes or discounts)

# Winchester Accounting and Consulting, Inc

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 7 of 15

Filters Used:
- Invoice Date:    1/1/2016  to  12/31/2017
- Invoice Date:    8/21/2017  to  1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 8/9/2016 | 1512 | $1,026.00 | $1,026.00 |
| 8/9/2016 | 1512 | $733.50 | $733.50 |
| 8/19/2016 | 1513 | $2,100.00 | $2,100.00 |
| 8/19/2016 | 1514 | $800.00 | $800.00 |
| 8/19/2016 | 1515 | $800.00 | $800.00 |
| 8/19/2016 | 1516 | $800.00 | $800.00 |
| 8/19/2016 | 1518 | $800.00 | $800.00 |
| 8/19/2016 | 1519 | $800.00 | $800.00 |
| 8/19/2016 | 1520 | $800.00 | $800.00 |
| 8/26/2016 | 1525 | $500.00 | $500.00 |
| 8/26/2016 | 1526 | $500.00 | $500.00 |
| 8/26/2016 | 1527 | $500.00 | $500.00 |
| 8/26/2016 | 1528 | $500.00 | $500.00 |
| 8/26/2016 | 1529 | $475.00 | $475.00 |
| 8/26/2016 | 1533 | $575.00 | $575.00 |
| 8/26/2016 | 1535 | $625.00 | $625.00 |
| 8/26/2016 | 1536 | $1,075.00 | $1,075.00 |
| 8/26/2016 | 1537 | $1,325.00 | $1,325.00 |
| 8/26/2016 | 1538 | $475.00 | $475.00 |
| 8/31/2016 | 1545 | $2,000.00 | $2,000.00 |
| 9/7/2016 | 1539 | $1,975.00 | $1,975.00 |
| 9/7/2016 | 1540 | $1,975.00 | $1,975.00 |
| 9/7/2016 | 1541 | $150.00 | $150.00 |
| 9/7/2016 | 1542 | $750.00 | $750.00 |
| 9/7/2016 | 1543 | $726.00 | $726.00 |
| 9/7/2016 | 1543 | $849.00 | $849.00 |
| 9/7/2016 | 1543 | $661.50 | $661.50 |
| 9/7/2016 | 1543 | $895.50 | $895.50 |
| 9/7/2016 | 1543 | $799.50 | $799.50 |
| 9/7/2016 | 1544 | $850.00 | $850.00 |
| 10/7/2016 | 1552 | $1,100.00 | $1,100.00 |
| 10/10/2016 | 1546 | $425.00 | $425.00 |
| 10/13/2016 | 1547 | $175.00 | $175.00 |
| 10/13/2016 | 1548 | $750.00 | $750.00 |
| 10/13/2016 | 1549 | $1,975.00 | $1,975.00 |
| 10/13/2016 | 1550 | $1,975.00 | $1,975.00 |
| 10/19/2016 | 1551 | $414.00 | $414.00 |
| 10/19/2016 | 1551 | $1,000.50 | $1,000.50 |
| 10/19/2016 | 1551 | $894.00 | $894.00 |
| 10/19/2016 | 1551 | $1,044.00 | $1,044.00 |
| 10/19/2016 | 1551 | $831.00 | $831.00 |
| 10/30/2016 | 1554 | $450.00 | $450.00 |
| 10/30/2016 | 1555 | $350.00 | $350.00 |
| 10/30/2016 | 1556 | $375.00 | $375.00 |
| 10/30/2016 | 1557 | $3,600.00 | $3,600.00 |
| 10/30/2016 | 1558 | $1,500.00 | $1,500.00 |
| 10/30/2016 | 1559 | $450.00 | $450.00 |
| 10/30/2016 | 1560 | $2,925.00 | $2,925.00 |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0086

# Winchester Accounting and Consulting, Inc

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 8 of 15

Filters Used:
 - Invoice Date:    1/1/2016  to  12/31/2017
 - Invoice Date:    8/21/2017  to  1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 10/30/2016 | 1561 | $1,500.00 | $1,500.00 |
| 10/30/2016 | 1562 | $1,125.00 | $1,125.00 |
| 10/30/2016 | 1563 | $2,200.00 | $2,200.00 |
| 10/30/2016 | 1564 | $925.00 | $925.00 |
| 10/30/2016 | 1565 | $1,375.00 | $1,375.00 |
| 10/30/2016 | 1566 | $3,250.00 | $3,250.00 |
| 10/30/2016 | 1567 | $1,200.00 | $1,200.00 |
| 10/30/2016 | 1568 | $1,500.00 | $1,500.00 |
| 10/30/2016 | 1569 | $800.00 | $800.00 |
| 10/30/2016 | 1570 | $400.00 | $400.00 |
| 11/1/2016 | 1571 | $1,975.00 | $1,975.00 |
| 11/1/2016 | 1572 | $1,975.00 | $1,975.00 |
| 11/1/2016 | 1573 | $175.00 | $175.00 |
| 11/1/2016 | 1574 | $750.00 | $750.00 |
| 11/1/2016 | 1575 | $50.00 | $50.00 |
| 11/4/2016 | 1576 | $300.00 | $300.00 |
| 11/4/2016 | 1577 | $500.00 | $500.00 |
| 11/4/2016 | 1578 | $500.00 | $500.00 |
| 11/4/2016 | 1581 | $500.00 | $500.00 |
| 11/4/2016 | 1582 | $500.00 | $500.00 |
| 11/7/2016 | 1583 | $11,325.00 | $11,325.00 |
| 11/17/2016 | 1584 | $763.50 | $763.50 |
| 11/17/2016 | 1584 | $816.00 | $816.00 |
| 11/17/2016 | 1584 | $640.50 | $640.50 |
| 11/17/2016 | 1584 | $940.50 | $940.50 |
| 11/17/2016 | 1584 | $676.50 | $676.50 |
| 11/30/2016 | 1585 | $775.00 | $775.00 |
| 12/5/2016 | 1587 | $425.00 | $425.00 |
| 12/5/2016 | 1588 | $425.00 | $425.00 |
| 12/5/2016 | 1589 | $425.00 | $425.00 |
| 12/5/2016 | 1590 | $425.00 | $425.00 |
| 12/5/2016 | 1591 | $425.00 | $425.00 |
| 12/5/2016 | 1592 | $425.00 | $425.00 |
| 12/5/2016 | 1593 | $425.00 | $425.00 |
| 12/5/2016 | 1595 | $500.00 | $500.00 |
| 12/6/2016 | 1594 | $714.00 | $714.00 |
| 12/6/2016 | 1594 | $907.50 | $907.50 |
| 12/6/2016 | 1594 | $616.50 | $616.50 |
| 12/6/2016 | 1594 | $1,003.50 | $1,003.50 |
| 12/6/2016 | 1594 | $798.00 | $798.00 |
| 12/6/2016 | 1596 | $3,250.00 | $3,250.00 |
| 12/6/2016 | 1597 | $2,950.00 | $2,950.00 |
| 12/6/2016 | 1598 | $3,250.00 | $3,250.00 |
| 12/6/2016 | 1599 | $1,275.00 | $1,275.00 |
| 12/6/2016 | 1600 | $1,500.00 | $1,500.00 |
| 12/6/2016 | 1601 | $2,250.00 | $2,250.00 |
| 12/6/2016 | 1602 | $1,675.00 | $1,675.00 |
| 12/6/2016 | 1603 | $1,275.00 | $1,275.00 |

. BillQuick Standard Report Copyright © 2014 BQE Software, Inc.          *Gross Billed = Service + Expense Amount (no taxes or discounts)

# Winchester Accounting and Consulting, Inc.

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 9 of 15

Filters Used:
- Invoice Date:    1/1/2016  to  12/31/2017
- Invoice Date:    8/21/2017  to  1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|-----------|-------------|--------------:|----------------:|
| 12/6/2016 | 1604 | $2,950.00 | $2,950.00 |
| 12/6/2016 | 1605 | $3,250.00 | $3,250.00 |
| 12/6/2016 | 1609 | $1,200.00 | $1,200.00 |
| 12/6/2016 | 1610 | $175.00 | $175.00 |
| 12/6/2016 | 1611 | $775.00 | $775.00 |
| 12/6/2016 | 1612 | $1,975.00 | $1,975.00 |
| 12/6/2016 | 1613 | $1,950.00 | $1,950.00 |
| 12/6/2016 | 1614 | $5,500.00 | $5,500.00 |
| 12/6/2016 | 1615 | $2,500.00 | $2,500.00 |
| 12/8/2016 | 1616 | $1,750.00 | $1,750.00 |
| 12/15/2016 | 1617 | $6,000.00 | $6,000.00 |
| 12/15/2016 | 1618 | $600.00 | $600.00 |
| 12/15/2016 | 1619 | $2,250.00 | $2,250.00 |
| 12/15/2016 | 1620 | $1,250.00 | $1,250.00 |
| 12/19/2016 | 1621 | $8,250.00 | $8,250.00 |
| 12/22/2016 | 1622 | $1,200.00 | $1,200.00 |
| 12/22/2016 | 1623 | $1,250.00 | $1,250.00 |
| 12/22/2016 | 1624 | $750.00 | $750.00 |
| 12/22/2016 | 1625 | $650.00 | $650.00 |
| 12/22/2016 | 1626 | $500.00 | $500.00 |
| 12/22/2016 | 1627 | $550.00 | $550.00 |
| 12/22/2016 | 1628 | $375.00 | $375.00 |
| 12/22/2016 | 1629 | $3,500.00 | $3,500.00 |
| 12/22/2016 | 1630 | $425.00 | $425.00 |
| 12/22/2016 | 1631 | $1,500.00 | $1,500.00 |
| 12/22/2016 | 1632 | $1,500.00 | $1,500.00 |
| 12/22/2016 | 1633 | $1,750.00 | $1,750.00 |
| 12/22/2016 | 1634 | $1,275.00 | $1,275.00 |
| 12/22/2016 | 1635 | $600.00 | $600.00 |
| 12/29/2016 | 1636 | $600.00 | $600.00 |
| 12/30/2016 | 1637 | $550.00 | $550.00 |
| 12/30/2016 | 1638 | $500.00 | $500.00 |
| 1/4/2017 | 1639 | $1,350.00 | $1,350.00 |
| 1/10/2017 | 1640 | $1,975.00 | $1,975.00 |
| 1/10/2017 | 1641 | $1,950.00 | $1,950.00 |
| 1/10/2017 | 1642 | $175.00 | $175.00 |
| 1/10/2017 | 1643 | $775.00 | $775.00 |
| 1/13/2017 | 1644 | $940.50 | $940.50 |
| 1/13/2017 | 1644 | $978.00 | $978.00 |
| 1/13/2017 | 1644 | $697.50 | $697.50 |
| 1/13/2017 | 1644 | $1,225.50 | $1,225.50 |
| 1/13/2017 | 1644 | $1,039.50 | $1,039.50 |
| 1/28/2017 | 1645 | $1,275.00 | $1,275.00 |
| 2/5/2017 | 1647 | $1,425.00 | $1,425.00 |
| 2/9/2017 | 1650 | $1,975.00 | $1,975.00 |
| 2/9/2017 | 1651 | $775.00 | $775.00 |
| 2/9/2017 | 1652 | $150.00 | $150.00 |
| 2/16/2017 | 1654 | $395.00 | $395.00 |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0088

# Winchester Accounting and Consulting, Inc.

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 10 of 15

Filters Used:
- Invoice Date:    1/1/2016  to  12/31/2017
- Invoice Date:    8/21/2017  to  1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 2/26/2017 | 1655 | $1,225.00 | $1,225.00 |
| 2/28/2017 | 1656 | $375.00 | $375.00 |
| 2/28/2017 | 1657 | $350.00 | $350.00 |
| 2/28/2017 | 1658 | $375.00 | $375.00 |
| 2/28/2017 | 1659 | $650.00 | $650.00 |
| 2/28/2017 | 1660 | $750.00 | $750.00 |
| 2/28/2017 | 1661 | $850.00 | $850.00 |
| 2/28/2017 | 1662 | $275.00 | $275.00 |
| 2/28/2017 | 1663 | $325.00 | $325.00 |
| 2/28/2017 | 1664 | $150.00 | $150.00 |
| 3/2/2017 | 1665 | $350.00 | $350.00 |
| 3/2/2017 | 1666 | $550.00 | $550.00 |
| 3/2/2017 | 1667 | $450.00 | $450.00 |
| 3/2/2017 | 1668 | $475.00 | $475.00 |
| 3/2/2017 | 1669 | $350.00 | $350.00 |
| 3/2/2017 | 1670 | $150.00 | $150.00 |
| 3/2/2017 | 1671 | $875.00 | $875.00 |
| 3/3/2017 | 1672 | $450.00 | $450.00 |
| 3/3/2017 | 1674 | $475.00 | $475.00 |
| 3/3/2017 | 1675 | $475.00 | $475.00 |
| 3/3/2017 | 1676 | $150.00 | $150.00 |
| 3/3/2017 | 1677 | $300.00 | $300.00 |
| 3/6/2017 | 1678 | $650.00 | $650.00 |
| 3/6/2017 | 1679 | $450.00 | $450.00 |
| 3/6/2017 | 1680 | $739.50 | $739.50 |
| 3/6/2017 | 1680 | $883.50 | $883.50 |
| 3/6/2017 | 1680 | $543.00 | $543.00 |
| 3/6/2017 | 1680 | $910.50 | $910.50 |
| 3/6/2017 | 1680 | $838.50 | $838.50 |
| 3/6/2017 | 1681 | $550.00 | $550.00 |
| 3/8/2017 | 1682 | $375.00 | $375.00 |
| 3/8/2017 | 1683 | $525.00 | $525.00 |
| 3/8/2017 | 1684 | $550.00 | $550.00 |
| 3/8/2017 | 1685 | $550.00 | $550.00 |
| 3/8/2017 | 1686 | $500.00 | $500.00 |
| 3/12/2017 | 1688 | $450.00 | $450.00 |
| 3/13/2017 | 1692 | $1,975.00 | $1,975.00 |
| 3/13/2017 | 1693 | $775.00 | $775.00 |
| 3/13/2017 | 1694 | $1,975.00 | $1,975.00 |
| 3/13/2017 | 1695 | $175.00 | $175.00 |
| 3/15/2017 | 1696 | $975.00 | $975.00 |
| 3/15/2017 | 1699 | $300.00 | $300.00 |
| 3/18/2017 | 1701 | $325.00 | $325.00 |
| 3/18/2017 | 1702 | $350.00 | $350.00 |
| 3/18/2017 | 1703 | $350.00 | $350.00 |
| 3/18/2017 | 1705 | $225.00 | $225.00 |
| 3/20/2017 | 1706 | $150.00 | $150.00 |
| 3/20/2017 | 1707 | $150.00 | $150.00 |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0089

# Winchester Accounting and Consulting, Inc.

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 11 of 15

Filters Used:
- Invoice Date:    1/1/2016  to  12/31/2017
- Invoice Date:    8/21/2017  to  1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|-----------|-------------|--------------:|----------------:|
| 3/20/2017 | 1708 | $350.00 | $350.00 |
| 3/20/2017 | 1710 | $275.00 | $275.00 |
| 3/22/2017 | 1709 | $450.00 | $450.00 |
| 3/23/2017 | 1711 | $600.00 | $600.00 |
| 3/25/2017 | 1712 | $525.00 | $525.00 |
| 3/25/2017 | 1713 | $525.00 | $525.00 |
| 3/25/2017 | 1717 | $125.00 | $125.00 |
| 3/26/2017 | 1718 | $475.00 | $475.00 |
| 3/26/2017 | 1719 | $250.00 | $250.00 |
| 3/26/2017 | 1720 | $400.00 | $400.00 |
| 3/30/2017 | 1722 | $650.00 | $650.00 |
| 3/30/2017 | 1723 | $800.00 | $800.00 |
| 3/30/2017 | 1724 | $650.00 | $650.00 |
| 3/30/2017 | 1725 | $650.00 | $650.00 |
| 3/30/2017 | 1726 | $550.00 | $550.00 |
| 3/30/2017 | 1730 | $450.00 | $450.00 |
| 3/30/2017 | 1731 | $425.00 | $425.00 |
| 3/31/2017 | 1732 | $450.00 | $450.00 |
| 3/31/2017 | 1733 | $325.00 | $325.00 |
| 3/31/2017 | 1734 | $375.00 | $375.00 |
| 3/31/2017 | 1735 | $625.00 | $625.00 |
| 3/31/2017 | 1736 | $325.00 | $325.00 |
| 3/31/2017 | 1737 | $1,000.00 | $1,000.00 |
| 3/31/2017 | 1738 | $325.00 | $325.00 |
| 4/2/2017 | 1739 | $875.00 | $875.00 |
| 4/2/2017 | 1740 | $325.00 | $325.00 |
| 4/2/2017 | 1741 | $475.00 | $475.00 |
| 4/2/2017 | 1742 | $250.00 | $250.00 |
| 4/2/2017 | 1743 | $425.00 | $425.00 |
| 4/3/2017 | 1744 | $575.00 | $575.00 |
| 4/3/2017 | 1745 | $450.00 | $450.00 |
| 4/3/2017 | 1746 | $550.00 | $550.00 |
| 4/3/2017 | 1747 | $675.00 | $675.00 |
| 4/3/2017 | 1748 | $575.00 | $575.00 |
| 4/3/2017 | 1749 | $950.00 | $950.00 |
| 4/3/2017 | 1750 | $550.00 | $550.00 |
| 4/3/2017 | 1751 | $300.00 | $300.00 |
| 4/3/2017 | 1752 | $300.00 | $300.00 |
| 4/3/2017 | 1753 | $850.00 | $850.00 |
| 4/3/2017 | 1754 | $675.00 | $675.00 |
| 4/3/2017 | 1755 | $375.00 | $375.00 |
| 4/3/2017 | 1756 | $375.00 | $375.00 |
| 4/3/2017 | 1757 | $800.00 | $800.00 |
| 4/3/2017 | 1758 | $550.00 | $550.00 |
| 4/4/2017 | 1759 | $550.00 | $550.00 |
| 4/4/2017 | 1760 | $375.00 | $375.00 |
| 4/4/2017 | 1761 | $395.00 | $395.00 |
| 4/5/2017 | 1762 | $525.00 | $525.00 |

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0090

# Winchester Accounting and Consulting, Inc.

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 12 of 15

Filters Used:
- Invoice Date:    1/1/2016  to  12/31/2017
- Invoice Date:    8/21/2017  to  1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|-----------|-------------|--------------:|----------------:|
| 4/6/2017 | 1763 | $575.00 | $575.00 |
| 4/6/2017 | 1764 | $300.00 | $300.00 |
| 4/6/2017 | 1765 | $250.00 | $250.00 |
| 4/6/2017 | 1766 | $125.00 | $125.00 |
| 4/6/2017 | 1767 | $550.00 | $550.00 |
| 4/6/2017 | 1768 | $900.00 | $900.00 |
| 4/6/2017 | 1769 | $600.00 | $600.00 |
| 4/6/2017 | 1770 | $2,500.00 | $2,500.00 |
| 4/6/2017 | 1771 | $450.00 | $450.00 |
| 4/6/2017 | 1772 | $2,750.00 | $2,750.00 |
| 4/7/2017 | 1773 | $4,375.00 | $4,375.00 |
| 4/7/2017 | 1774 | $575.00 | $575.00 |
| 4/7/2017 | 1775 | $450.00 | $450.00 |
| 4/7/2017 | 1776 | $1,500.00 | $1,500.00 |
| 4/7/2017 | 1777 | $550.00 | $550.00 |
| 4/7/2017 | 1778 | $425.00 | $425.00 |
| 4/7/2017 | 1779 | $475.00 | $475.00 |
| 4/7/2017 | 1780 | $650.00 | $650.00 |
| 4/7/2017 | 1781 | $950.00 | $950.00 |
| 4/7/2017 | 1782 | $625.00 | $625.00 |
| 4/7/2017 | 1783 | $350.00 | $350.00 |
| 4/8/2017 | 1784 | $475.00 | $475.00 |
| 4/8/2017 | 1785 | $475.00 | $475.00 |
| 4/8/2017 | 1786 | $375.00 | $375.00 |
| 4/8/2017 | 1787 | $325.00 | $325.00 |
| 4/8/2017 | 1788 | $325.00 | $325.00 |
| 4/8/2017 | 1789 | $325.00 | $325.00 |
| 4/8/2017 | 1790 | $275.00 | $275.00 |
| 4/8/2017 | 1791 | $375.00 | $375.00 |
| 4/11/2017 | 1792 | $1,350.00 | $1,350.00 |
| 4/11/2017 | 1793 | $588.00 | $588.00 |
| 4/11/2017 | 1793 | $784.50 | $784.50 |
| 4/11/2017 | 1793 | $565.50 | $565.50 |
| 4/11/2017 | 1793 | $1,084.50 | $1,084.50 |
| 4/11/2017 | 1793 | $805.50 | $805.50 |
| 4/11/2017 | 1794 | $475.00 | $475.00 |
| 4/11/2017 | 1795 | $325.00 | $325.00 |
| 4/11/2017 | 1796 | $1,550.00 | $1,550.00 |
| 4/11/2017 | 1797 | $400.00 | $400.00 |
| 4/11/2017 | 1798 | $400.00 | $400.00 |
| 4/11/2017 | 1799 | $575.00 | $575.00 |
| 4/11/2017 | 1800 | $475.00 | $475.00 |
| 4/12/2017 | 1801 | $275.00 | $275.00 |
| 4/12/2017 | 1802 | $550.00 | $550.00 |
| 4/12/2017 | 1803 | $500.00 | $500.00 |
| 4/12/2017 | 1804 | $275.00 | $275.00 |
| 4/12/2017 | 1805 | $75.00 | $75.00 |
| 4/13/2017 | 1806 | $700.00 | $700.00 |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0091

# Winchester Accounting and Consulting, Inc.

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 13 of 15

Filters Used:
  - Invoice Date:    1/1/2016 to 12/31/2017
  - Invoice Date:    8/21/2017 to 1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 4/13/2017 | 1807 | $775.00 | $775.00 |
| 4/13/2017 | 1808 | $425.00 | $425.00 |
| 4/13/2017 | 1809 | $375.00 | $375.00 |
| 4/13/2017 | 1810 | $425.00 | $425.00 |
| 4/13/2017 | 1811 | $825.00 | $825.00 |
| 4/13/2017 | 1812 | $325.00 | $325.00 |
| 4/13/2017 | 1813 | $375.00 | $375.00 |
| 4/13/2017 | 1814 | $325.00 | $325.00 |
| 4/13/2017 | 1815 | $2,975.00 | $2,975.00 |
| 4/13/2017 | 1816 | $650.00 | $650.00 |
| 4/14/2017 | 1817 | $750.00 | $750.00 |
| 4/14/2017 | 1818 | $550.00 | $550.00 |
| 4/14/2017 | 1819 | $375.00 | $375.00 |
| 4/14/2017 | 1820 | $425.00 | $425.00 |
| 4/14/2017 | 1821 | $350.00 | $350.00 |
| 4/14/2017 | 1822 | $500.00 | $500.00 |
| 4/14/2017 | 1823 | $500.00 | $500.00 |
| 4/15/2017 | 1824 | $625.00 | $625.00 |
| 4/15/2017 | 1825 | $600.00 | $600.00 |
| 4/17/2017 | 1826 | $925.00 | $925.00 |
| 4/17/2017 | 1827 | $450.00 | $450.00 |
| 4/17/2017 | 1828 | $275.00 | $275.00 |
| 4/17/2017 | 1829 | $450.00 | $450.00 |
| 4/17/2017 | 1830 | $575.00 | $575.00 |
| 4/17/2017 | 1831 | $300.00 | $300.00 |
| 4/17/2017 | 1832 | $575.00 | $575.00 |
| 4/17/2017 | 1833 | $250.00 | $250.00 |
| 4/17/2017 | 1834 | $500.00 | $500.00 |
| 4/17/2017 | 1835 | $475.00 | $475.00 |
| 4/17/2017 | 1836 | $475.00 | $475.00 |
| 4/17/2017 | 1837 | $600.00 | $600.00 |
| 4/17/2017 | 1838 | $475.00 | $475.00 |
| 4/17/2017 | 1839 | $5,750.00 | $5,750.00 |
| 4/20/2017 | 1840 | $1,975.00 | $1,975.00 |
| 4/20/2017 | 1841 | $1,975.00 | $1,975.00 |
| 4/20/2017 | 1842 | $175.00 | $175.00 |
| 4/20/2017 | 1843 | $775.00 | $775.00 |
| 4/20/2017 | 1844 | $250.00 | $250.00 |
| 4/20/2017 | 1845 | $475.00 | $475.00 |
| 4/20/2017 | 1846 | $125.00 | $125.00 |
| 4/20/2017 | 1847 | $375.00 | $375.00 |
| 4/20/2017 | 1848 | $300.00 | $300.00 |
| 4/20/2017 | 1849 | $700.00 | $700.00 |
| 4/20/2017 | 1850 | $350.00 | $350.00 |
| 4/20/2017 | 1851 | $475.00 | $475.00 |
| 4/20/2017 | 1852 | $300.00 | $300.00 |
| 4/20/2017 | 1853 | $723.00 | $723.00 |
| 4/20/2017 | 1853 | $886.50 | $886.50 |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0092

# Winchester Accounting and Consulting, Inc.

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 14 of 15

Filters Used:
- Invoice Date:    1/1/2016 to 12/31/2017
- Invoice Date:    8/21/2017 to 1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 4/20/2017 | 1853 | $582.00 | $582.00 |
| 4/20/2017 | 1853 | $970.50 | $970.50 |
| 4/20/2017 | 1853 | $822.00 | $822.00 |
| 5/2/2017 | 1862 | $1,975.00 | $1,975.00 |
| 5/9/2017 | 1854 | $325.00 | $325.00 |
| 5/11/2017 | 1855 | $1,975.00 | $1,975.00 |
| 5/11/2017 | 1856 | $1,975.00 | $1,975.00 |
| 5/11/2017 | 1857 | $775.00 | $775.00 |
| 5/11/2017 | 1858 | $175.00 | $175.00 |
| 5/12/2017 | 1859 | $500.00 | $500.00 |
| 5/12/2017 | 1860 | $500.00 | $500.00 |
| 5/12/2017 | 1861 | $500.00 | $500.00 |
| 5/12/2017 | 1863 | $500.00 | $500.00 |
| 5/30/2017 | 1864 | $637.50 | $637.50 |
| 5/30/2017 | 1864 | $900.00 | $900.00 |
| 5/30/2017 | 1864 | $685.50 | $685.50 |
| 5/30/2017 | 1864 | $952.50 | $952.50 |
| 5/30/2017 | 1864 | $757.50 | $757.50 |
| 6/8/2017 | 1865 | $1,975.00 | $1,975.00 |
| 6/8/2017 | 1866 | $1,975.00 | $1,975.00 |
| 6/8/2017 | 1867 | $175.00 | $175.00 |
| 6/8/2017 | 1868 | $825.00 | $825.00 |
| 6/16/2017 | 1869 | $600.00 | $600.00 |
| 6/16/2017 | 1870 | $85.00 | $85.00 |
| 6/22/2017 | 1871 | $750.00 | $750.00 |
| 6/30/2017 | 1872 | $600.00 | $600.00 |
| 6/30/2017 | 1875 | $7,250.00 | $7,250.00 |
| 7/3/2017 | 1873 | $650.00 | $650.00 |
| 7/3/2017 | 1874 | $1,600.00 | $1,600.00 |
| 7/4/2017 | 1876 | $450.00 | $450.00 |
| 7/4/2017 | 1877 | $601.50 | $601.50 |
| 7/4/2017 | 1877 | $825.00 | $825.00 |
| 7/4/2017 | 1877 | $546.00 | $546.00 |
| 7/4/2017 | 1877 | $895.50 | $895.50 |
| 7/4/2017 | 1877 | $822.00 | $822.00 |
| 7/4/2017 | 1878 | $1,975.00 | $1,975.00 |
| 7/4/2017 | 1879 | $1,975.00 | $1,975.00 |
| 7/4/2017 | 1880 | $825.00 | $825.00 |
| 7/4/2017 | 1881 | $175.00 | $175.00 |
| 7/5/2017 | 1882 | $850.00 | $850.00 |
| 7/6/2017 | 1883 | $3,250.00 | $3,250.00 |
| 7/24/2017 | 1884 | $562.50 | $562.50 |
| 7/24/2017 | 1884 | $862.50 | $862.50 |
| 7/24/2017 | 1884 | $640.50 | $640.50 |
| 7/24/2017 | 1884 | $981.00 | $981.00 |
| 7/24/2017 | 1884 | $924.00 | $924.00 |
| 7/24/2017 | 1885 | $16,000.00 | $16,000.00 |
| 7/24/2017 | 1887 | $1,200.00 | $1,200.00 |

BillQuick Standard Report Copyright © 2014 BQE Software, Inc.

*Gross Billed = Service + Expense Amount (no taxes or discounts)

0093

# Winchester Accounting and Consulting, Inc.

Invoice List by Date with Gross/Net Bill Amount

207 N. Cameron Street
Winchester, VA 22601
Tel: 540-409-7994

Printed on: 10/26/2018
Page 15 of 15

Filters Used:
- Invoice Date:    1/1/2016 to 12/31/2017
- Invoice Date:    8/21/2017 to 1/1/2020

| Inv. Date | Inv. Number | Gross Billed* | Net Bill Amount |
|---|---|---|---|
| 7/24/2017 | 1888 | $5,600.00 | $5,600.00 |
| 7/24/2017 | 1889 | $6,900.00 | $6,900.00 |
| 7/24/2017 | 1890 | $5,500.00 | $5,500.00 |
| 7/31/2017 | 1891 | $6,000.00 | $6,000.00 |
| 8/3/2017 | 1892 | $1,975.00 | $1,975.00 |
| 8/3/2017 | 1893 | $1,975.00 | $1,975.00 |
| 8/3/2017 | 1894 | $850.00 | $850.00 |
| 8/3/2017 | 1895 | $175.00 | $175.00 |
| 8/3/2017 | 1896 | $1,250.00 | $1,250.00 |
| 8/7/2017 | 1897 | $300.00 | $300.00 |
| 8/7/2017 | 1898 | $575.00 | $575.00 |
| 8/7/2017 | 1899 | $375.00 | $375.00 |
| 8/9/2017 | 1900 | $450.00 | $450.00 |
| 8/9/2017 | 1901 | $1,500.00 | $1,500.00 |
| 8/10/2017 | 1905 | $100.00 | $100.00 |
| 8/15/2017 | 1902 | $2,700.00 | $2,700.00 |
| 8/15/2017 | 1903 | $3,400.00 | $3,400.00 |
| 8/17/2017 | 1904 | $2,900.00 | $2,900.00 |
| | **Grand Total:** | **$638,391.00** | **$638,391.00** |

*Summary*

| (+) Services | (+) Service Tax | (+) Expenses | (+) Expense Tax | | Sub-Total |
|---|---|---|---|---|---|
| $638,391.00 | $0.00 | $0.00 | $0.00 | = | $638,391.00 |
| **(+) LF Invoice** | **(-) Discounts** | **(-) Retainers** | **(-) Retainage** | | **Net Bill Amount** |
| $0.00 | $0.00 | $0.00 | $0.00 | = | $638,391.00 |

BillQuick Standard Report Copyright! © 2014 BQE Software, Inc.          *Gross Billed = Service + Expense Amount (no taxes or discounts)

0094