7:25 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Balance Sheet
### As of August 31, 2018

| | Aug 31, 16 | Sep 30, 16 | Oct 31, 16 | Nov 30, 16 | Dec 31, 16 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| SunTrust | 40,022.78 | 56,748.59 | 17,239.75 | 11,247.33 | 65,087.32 |
| **Total Checking/Savings** | 40,022.78 | 56,748.59 | 17,239.75 | 11,247.33 | 65,087.32 |
| **Other Current Assets** | | | | | |
| Due from Client | 400.00 | 400.00 | 400.00 | 400.00 | 0.00 |
| Due from Vendor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Current Assets** | 400.00 | 400.00 | 400.00 | 400.00 | 0.00 |
| **Total Current Assets** | 40,422.78 | 57,148.59 | 17,639.75 | 11,647.33 | 65,087.32 |
| **Fixed Assets** | | | | | |
| Vehicle | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Furniture and Equipment | 6,466.83 | 6,466.83 | 6,466.83 | 7,022.48 | 7,022.48 |
| Accumulated Depreciation | -6,466.83 | -6,466.83 | -6,466.83 | -6,466.83 | -7,022.48 |
| **Total Fixed Assets** | 0.00 | 0.00 | 0.00 | 555.65 | 0.00 |
| **Other Assets** | | | | | |
| Security Deposit | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
| **Total Other Assets** | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
| **TOTAL ASSETS** | 42,122.78 | 58,848.59 | 19,339.75 | 13,902.98 | 66,787.32 |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities** | | | | | |
| **Current Liabilities** | | | | | |
| **Credit Cards** | | | | | |
| Loans from Shareholder | 2,151.98 | 4,458.82 | 832.26 | 16,472.34 | 0.00 |
| **Total Credit Cards** | 2,151.98 | 4,458.82 | 832.26 | 16,472.34 | 0.00 |
| **Other Current Liabilities** | | | | | |
| **Payroll Liabilities** | | | | | |
| FUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VA WH | 0.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| WV WH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Liabilities - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Payroll Liabilities** | 0.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| **Total Other Current Liabilities** | 0.00 | 150.00 | 150.00 | 0.00 | 0.00 |
| **Total Current Liabilities** | 2,151.98 | 4,608.82 | 982.26 | 16,472.34 | 0.00 |
| **Long Term Liabilities** | | | | | |

7:25 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Balance Sheet
### As of August 31, 2018

| | Aug 31, 16 | Sep 30, 16 | Oct 31, 16 | Nov 30, 16 | Dec 31, 16 |
|---|---|---|---|---|---|
| Note Payable - Ford | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Long Term Liabilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Liabilities | 2,151.98 | 4,608.82 | 982.26 | 16,472.34 | 0.00 |
| Equity | | | | | |
| Retained Earnings | 39,358.20 | 39,358.20 | 39,358.20 | 39,358.20 | 39,358.20 |
| Shareholder Distributions | 0.00 | 0.00 | 0.00 | -28,500.00 | -16,633.23 |
| Net Income | 612.60 | 14,881.57 | -21,000.71 | -13,427.56 | 44,062.35 |
| Total Equity | 39,970.80 | 54,239.77 | 18,357.49 | -2,569.36 | 66,787.32 |
| TOTAL LIABILITIES & EQUITY | 42,122.78 | 58,848.59 | 19,339.75 | 13,902.98 | 66,787.32 |

0135

7:25 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Balance Sheet
### As of August 31, 2018

| | Jan 31, 17 | Feb 28, 17 | Mar 31, 17 | Apr 30, 17 | May 31, 17 |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| SunTrust | 22,465.50 | 5,814.80 | 8,739.69 | 21,737.06 | 31,236.77 |
| **Total Checking/Savings** | 22,465.50 | 5,814.80 | 8,739.69 | 21,737.06 | 31,236.77 |
| **Other Current Assets** | | | | | |
| Due from Client | 76.95 | 76.95 | 461.95 | 461.95 | 461.95 |
| Due from Vendor | 313.11 | 313.11 | 313.11 | 313.11 | 0.00 |
| **Total Other Current Assets** | 390.06 | 390.06 | 775.06 | 775.06 | 461.95 |
| **Total Current Assets** | 22,855.56 | 6,204.86 | 9,514.75 | 22,512.12 | 31,698.72 |
| **Fixed Assets** | | | | | |
| Vehicle | 0.00 | 71,965.93 | 71,965.93 | 71,965.93 | 71,965.93 |
| Furniture and Equipment | 7,022.48 | 7,022.48 | 7,022.48 | 7,022.48 | 8,385.86 |
| Accumulated Depreciation | -7,022.48 | -7,022.48 | -61,708.48 | -61,708.48 | -61,708.48 |
| **Total Fixed Assets** | 0.00 | 71,965.93 | 17,279.93 | 17,279.93 | 18,643.31 |
| **Other Assets** | | | | | |
| Security Deposit | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
| **Total Other Assets** | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
| **TOTAL ASSETS** | **24,555.56** | **79,870.79** | **28,494.68** | **41,492.05** | **52,042.03** |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities** | | | | | |
| **Current Liabilities** | | | | | |
| **Credit Cards** | | | | | |
| Loans from Shareholder | 46.27 | 92.54 | 138.81 | 185.08 | 288.11 |
| **Total Credit Cards** | 46.27 | 92.54 | 138.81 | 185.08 | 288.11 |
| **Other Current Liabilities** | | | | | |
| **Payroll Liabilities** | | | | | |
| FUTA | 63.75 | 84.00 | 0.00 | 0.00 | 0.00 |
| SUTA | 294.11 | 385.82 | 0.00 | 0.00 | 0.00 |
| VA WH | 275.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| WV WH | 168.00 | 168.00 | 0.00 | 168.00 | 0.00 |
| Payroll Liabilities - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Payroll Liabilities** | 800.86 | 837.82 | 0.00 | 168.00 | 0.00 |
| **Total Other Current Liabilities** | 800.86 | 837.82 | 0.00 | 168.00 | 0.00 |
| **Total Current Liabilities** | 847.13 | 930.36 | 138.81 | 353.08 | 288.11 |
| **Long Term Liabilities** | | | | | |

0136

7:25 AM
10/25/18
Cash Basis

## Winchester Accounting and Consulting, Inc.
### Balance Sheet
As of August 31, 2018

|  | Jan 31, 17 | Feb 28, 17 | Mar 31, 17 | Apr 30, 17 | May 31, 17 |
|---|---|---|---|---|---|
| Note Payable - Ford | 0.00 | 69,086.11 | 69,086.11 | 66,774.09 | 64,913.48 |
| Total Long Term Liabilities | 0.00 | 69,086.11 | 69,086.11 | 66,774.09 | 64,913.48 |
| Total Liabilities | 847.13 | 70,016.47 | 69,224.92 | 67,127.17 | 65,201.59 |
| Equity |  |  |  |  |  |
| Retained Earnings | 66,787.32 | 66,787.32 | 66,787.32 | 66,787.32 | 66,787.32 |
| Shareholder Distributions | -8,850.00 | -8,850.00 | -9,850.00 | -9,850.00 | -9,850.00 |
| Net Income | -34,228.89 | -48,083.00 | -97,667.56 | -82,572.44 | -70,096.88 |
| Total Equity | 23,708.43 | 9,854.32 | -40,730.24 | -25,635.12 | -13,159.56 |
| TOTAL LIABILITIES & EQUITY | 24,555.56 | 79,870.79 | 28,494.68 | 41,492.05 | 52,042.03 |

0137

7:25 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Balance Sheet
### As of August 31, 2018

| | Jun 30, 17 | Jul 31, 17 | Aug 31, 17 | Sep 30, 17 | Oct 31, 17 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| SunTrust | 16,260.26 | 98,044.11 | 8,997.73 | 6,807.03 | 2,829.61 |
| **Total Checking/Savings** | 16,260.26 | 98,044.11 | 8,997.73 | 6,807.03 | 2,829.61 |
| **Other Current Assets** | | | | | |
| Due from Client | 461.95 | 461.95 | 513.90 | 513.90 | 513.90 |
| Due from Vendor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Current Assets** | 461.95 | 461.95 | 513.90 | 513.90 | 513.90 |
| **Total Current Assets** | 16,722.21 | 98,506.06 | 9,511.63 | 7,320.93 | 3,343.51 |
| **Fixed Assets** | | | | | |
| Vehicle | 71,965.93 | 71,965.93 | 71,965.93 | 71,965.93 | 71,965.93 |
| Furniture and Equipment | 8,385.86 | 8,528.94 | 8,528.94 | 8,528.94 | 8,528.94 |
| Accumulated Depreciation | -61,708.48 | -61,708.48 | -61,708.48 | -61,708.48 | -61,708.48 |
| **Total Fixed Assets** | 18,643.31 | 18,786.39 | 18,786.39 | 18,786.39 | 18,786.39 |
| **Other Assets** | | | | | |
| Security Deposit | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
| **Total Other Assets** | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
| **TOTAL ASSETS** | 37,065.52 | 118,992.45 | 29,998.02 | 27,807.32 | 23,829.90 |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities** | | | | | |
| **Current Liabilities** | | | | | |
| **Credit Cards** | | | | | |
| Loans from Shareholder | 754.53 | 1,519.26 | 1,519.26 | 1,519.26 | 1,519.26 |
| **Total Credit Cards** | 754.53 | 1,519.26 | 1,519.26 | 1,519.26 | 1,519.26 |
| **Other Current Liabilities** | | | | | |
| **Payroll Liabilities** | | | | | |
| FUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VA WH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WV WH | 0.00 | 0.00 | 168.00 | 0.00 | 0.00 |
| Payroll Liabilities - Other | | | -50,000.00 | | |
| **Total Payroll Liabilities** | 0.00 | 0.00 | -49,832.00 | 0.00 | 0.00 |
| **Total Other Current Liabilities** | 0.00 | 0.00 | -49,832.00 | 0.00 | 0.00 |
| **Total Current Liabilities** | 754.53 | 1,519.26 | -48,312.74 | 1,519.26 | 1,519.26 |
| **Long Term Liabilities** | | | | | |

0138

7:25 AM
10/25/18
Cash Basis

## Winchester Accounting and Consulting, Inc.
### Balance Sheet
As of August 31, 2018

| | Jun 30, 17 | Jul 31, 17 | Aug 31, 17 | Sep 30, 17 | Oct 31, 17 |
|---|---|---|---|---|---|
| Note Payable - Ford | 63,149.67 | 62,000.39 | 62,000.39 | 62,000.39 | 62,000.39 |
| Total Long Term Liabilities | 63,149.67 | 62,000.39 | 62,000.39 | 62,000.39 | 62,000.39 |
| Total Liabilities | 63,904.20 | 63,519.65 | 13,687.65 | 63,519.65 | 63,519.65 |
| Equity | | | | | |
| Retained Earnings | 66,787.32 | 66,787.32 | 66,787.32 | 66,787.32 | 66,787.32 |
| Shareholder Distributions | -22,350.00 | -26,850.00 | -38,850.00 | -38,850.00 | -40,850.00 |
| Net Income | -71,276.00 | 15,535.48 | -11,626.95 | -63,649.65 | -65,627.07 |
| Total Equity | -26,838.68 | 55,472.80 | 16,310.37 | -35,712.33 | -39,689.75 |
| TOTAL LIABILITIES & EQUITY | 37,065.52 | 118,992.45 | 29,998.02 | 27,807.32 | 23,829.90 |

0139

7:25 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Balance Sheet
### As of August 31, 2018

|  | Nov 30, 17 | Dec 31, 17 | Jan 31, 18 | Feb 28, 18 | Mar 31, 18 |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| SunTrust | 2,609.61 | 5,186.09 | 4,084.89 | 4,796.45 | 3,184.89 |
| **Total Checking/Savings** | 2,609.61 | 5,186.09 | 4,084.89 | 4,796.45 | 3,184.89 |
| **Other Current Assets** | | | | | |
| Due from Client | 513.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| Due from Vendor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Current Assets** | 513.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Current Assets** | 3,123.51 | 5,186.09 | 4,084.89 | 4,796.45 | 3,184.89 |
| **Fixed Assets** | | | | | |
| Vehicle | 71,965.93 | 71,965.93 | 71,965.93 | 71,965.93 | 71,965.93 |
| Furniture and Equipment | 8,528.94 | 8,528.94 | 8,528.94 | 8,528.94 | 8,528.94 |
| Accumulated Depreciation | -61,708.48 | -61,708.48 | -61,708.48 | -61,708.48 | -61,708.48 |
| **Total Fixed Assets** | 18,786.39 | 18,786.39 | 18,786.39 | 18,786.39 | 18,786.39 |
| **Other Assets** | | | | | |
| Security Deposit | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
| **Total Other Assets** | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
| **TOTAL ASSETS** | 23,609.90 | 25,672.48 | 24,571.28 | 25,282.84 | 23,671.28 |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities** | | | | | |
| **Current Liabilities** | | | | | |
| **Credit Cards** | | | | | |
| Loans from Shareholder | 1,519.26 | 0.00 | 4,505.28 | 7,005.28 | 7,005.28 |
| **Total Credit Cards** | 1,519.26 | 0.00 | 4,505.28 | 7,005.28 | 7,005.28 |
| **Other Current Liabilities** | | | | | |
| **Payroll Liabilities** | | | | | |
| FUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VA WH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WV WH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Liabilities - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Payroll Liabilities** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Current Liabilities** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Current Liabilities** | 1,519.26 | 0.00 | 4,505.28 | 7,005.28 | 7,005.28 |
| **Long Term Liabilities** | | | | | |

0140

7:25 AM
10/25/18
Cash Basis

## Winchester Accounting and Consulting, Inc.
### Balance Sheet
As of August 31, 2018

| | Nov 30, 17 | Dec 31, 17 | Jan 31, 18 | Feb 28, 18 | Mar 31, 18 |
|---|---|---|---|---|---|
| Note Payable - Ford | 62,000.39 | 61,352.65 | 60,087.64 | 58,932.86 | 57,782.73 |
| Total Long Term Liabilities | 62,000.39 | 61,352.65 | 60,087.64 | 58,932.86 | 57,782.73 |
| Total Liabilities | 63,519.65 | 61,352.65 | 64,592.92 | 65,938.14 | 64,788.01 |
| Equity | | | | | |
| Retained Earnings | 66,787.32 | 66,787.32 | -8,335.53 | -8,335.53 | -8,335.53 |
| Shareholder Distributions | -36,350.00 | -27,344.64 | -27,344.64 | -27,344.64 | -27,344.64 |
| Net Income | -70,347.07 | -75,122.85 | -4,341.47 | -4,975.13 | -5,436.56 |
| Total Equity | -39,909.75 | -35,680.17 | -40,021.64 | -40,655.30 | -41,116.73 |
| TOTAL LIABILITIES & EQUITY | 23,609.90 | 25,672.48 | 24,571.28 | 25,282.84 | 23,671.28 |

0141

Case 19-05006   Doc 37-10   Filed 04/02/20   Entered 04/02/20 13:09:59   Desc
Exhibit K   Page 9 of 10

7:25 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Balance Sheet
### As of August 31, 2018

| | Apr 30, 18 | May 31, 18 | Jun 30, 18 | Jul 31, 18 | Aug 31, 18 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| SunTrust | 3,074.94 | 3,064.99 | 3,055.04 | 2,975.59 | 3,433.69 |
| **Total Checking/Savings** | 3,074.94 | 3,064.99 | 3,055.04 | 2,975.59 | 3,433.69 |
| **Other Current Assets** | | | | | |
| Due from Client | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Due from Vendor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Current Assets** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Current Assets** | 3,074.94 | 3,064.99 | 3,055.04 | 2,975.59 | 3,433.69 |
| **Fixed Assets** | | | | | |
| Vehicle | 71,965.93 | 71,965.93 | 71,965.93 | 71,965.93 | 71,965.93 |
| Furniture and Equipment | 8,528.94 | 8,528.94 | 8,528.94 | 8,528.94 | 8,528.94 |
| Accumulated Depreciation | -61,708.48 | -61,708.48 | -61,708.48 | -61,708.48 | -61,708.48 |
| **Total Fixed Assets** | 18,786.39 | 18,786.39 | 18,786.39 | 18,786.39 | 18,786.39 |
| **Other Assets** | | | | | |
| Security Deposit | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
| **Total Other Assets** | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 | 1,700.00 |
| **TOTAL ASSETS** | 23,561.33 | 23,551.38 | 23,541.43 | 23,461.98 | 23,920.08 |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities** | | | | | |
| **Current Liabilities** | | | | | |
| **Credit Cards** | | | | | |
| Loans from Shareholder | 10,005.28 | 11,505.28 | 13,005.28 | 14,505.28 | 17,505.28 |
| **Total Credit Cards** | 10,005.28 | 11,505.28 | 13,005.28 | 14,505.28 | 17,505.28 |
| **Other Current Liabilities** | | | | | |
| **Payroll Liabilities** | | | | | |
| FUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VA WH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WV WH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Liabilities - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Payroll Liabilities** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Current Liabilities** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Current Liabilities** | 10,005.28 | 11,505.28 | 13,005.28 | 14,505.28 | 17,505.28 |
| Long Term Liabilities | | | | | |

0142

7:25 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Balance Sheet
### As of August 31, 2018

| | Apr 30, 18 | May 31, 18 | Jun 30, 18 | Jul 31, 18 | Aug 31, 18 |
|---|---|---|---|---|---|
| Note Payable - Ford | 55,288.43 | 54,053.13 | 52,842.97 | 51,626.33 | 49,037.22 |
| Total Long Term Liabilities | 55,288.43 | 54,053.13 | 52,842.97 | 51,626.33 | 49,037.22 |
| Total Liabilities | 65,293.71 | 65,558.41 | 65,848.25 | 66,131.61 | 66,542.50 |
| Equity | | | | | |
| Retained Earnings | -8,335.53 | -8,335.53 | -8,335.53 | -8,335.53 | -8,335.53 |
| Shareholder Distributions | -27,344.64 | -27,344.64 | -27,344.64 | -27,344.64 | -27,344.64 |
| Net Income | -6,052.21 | -6,326.86 | -6,626.65 | -6,989.46 | -6,942.25 |
| Total Equity | -41,732.38 | -42,007.03 | -42,306.82 | -42,669.63 | -42,622.42 |
| TOTAL LIABILITIES & EQUITY | 23,561.33 | 23,551.38 | 23,541.43 | 23,461.98 | 23,920.08 |

0143