7:24 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Profit & Loss
### August 2016 through August 2018

| | Aug 16 | Sep 16 | Oct 16 | Nov 16 | Dec 16 |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Accounting Services Income | 30,592.00 | 31,756.50 | 750.00 | 47,708.50 | 81,701.50 |
| **Total Income** | 30,592.00 | 31,756.50 | 750.00 | 47,708.50 | 81,701.50 |
| **Expense** | | | | | |
| **Automobile Expense** | | | | | |
| Gas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| License Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Automobile Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Business Licenses and Permits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Computer Expenses | 0.00 | 0.00 | 0.00 | 449.88 | 0.00 |
| Continuing Education | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Credit Card Fees | 16.26 | 10.51 | 27.12 | 1,550.00 | 17.45 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 30.28 | 555.65 |
| Dues and Subscriptions | 31.95 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Insurance Expense** | | | | | |
| Auto Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Building Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EPLI Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Insurance | 276.02 | 276.02 | 276.02 | 276.02 | 546.63 |
| Life and Disability Insurance | 0.00 | 0.00 | 508.80 | 0.00 | 0.00 |
| Professional Liability | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Insurance Expense** | 276.02 | 276.02 | 784.82 | 276.02 | 546.63 |
| Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internet Expense | 137.33 | 137.33 | 137.33 | 137.33 | 137.33 |
| Legal Fees | 29,152.38 | 0.00 | 31,226.53 | 13,202.71 | 8,435.74 |
| Licenses and Fees | 0.00 | 0.00 | 50.00 | 100.00 | 50.00 |
| Meals and Entertainment | 101.71 | 71.99 | 126.61 | 125.31 | 35.78 |
| Meals and Entertainment - 100% | 0.00 | 0.00 | 17.66 | 11.45 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 166.72 | 770.00 | 367.89 |
| Officer Salary | 7,500.00 | 10,000.00 | 0.00 | 10,000.00 | 0.00 |
| Parking and Tolls | 3.70 | 1.00 | 270.00 | 0.00 | 0.00 |
| Payroll Expenses | 3.50 | 3.50 | 3.50 | 3.50 | 5.25 |
| Postage and Delivery | 7.90 | 6.45 | 48.68 | 10.09 | 118.83 |
| Professional Fees | 2,430.50 | 859.32 | 0.00 | 60.00 | 3,682.38 |
| Rent Expense | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.00 |
| Retirement Contributions | 325.00 | 400.00 | 100.00 | 408.76 | 146.26 |
| Salaries and Wages | 3,333.34 | 3,333.34 | 3,333.34 | 3,625.00 | 4,875.00 |
| Shredding | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| Software Expenses | 34.96 | 1,283.65 | 0.00 | 8,098.99 | 135.00 |
| **Taxes** | | | | | |
| Payroll Taxes | 828.76 | 1,019.99 | 255.00 | 1,042.32 | 372.93 |

Exhibit L

0144

7:24 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Profit & Loss
### August 2016 through August 2018

|  | Aug 16 | Sep 16 | Oct 16 | Nov 16 | Dec 16 |
|---|---|---|---|---|---|
| Personal Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 232.83 |
| Sales and Use Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 11.67 |
| Taxes - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Taxes | 828.76 | 1,019.99 | 255.00 | 1,042.32 | 617.43 |
| Telephone Expense | 74.33 | 74.43 | 74.97 | 74.97 | 74.97 |
| Travel | 0.00 | 0.00 | 0.00 | 34.40 | 2,700.00 |
| Website Expenses | 0.00 | 0.00 | 0.00 | 78.19 | 0.00 |
| Total Expense | 44,267.64 | 17,487.53 | 36,632.28 | 40,135.35 | 24,211.59 |
| Net Ordinary Income | -13,675.64 | 14,268.97 | -35,882.28 | 7,573.15 | 57,489.91 |
| Other Income/Expense |  |  |  |  |  |
| Other Income |  |  |  |  |  |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Income | -13,675.64 | 14,268.97 | -35,882.28 | 7,573.15 | 57,489.91 |

0145

7:24 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Profit & Loss
### August 2016 through August 2018

|  | Jan 17 | Feb 17 | Mar 17 | Apr 17 | May 17 |
|---|---:|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Accounting Services Income | 22,256.00 | 4,037.50 | 11,150.00 | 26,180.00 | 42,648.00 |
| **Total Income** | 22,256.00 | 4,037.50 | 11,150.00 | 26,180.00 | 42,648.00 |
| **Expense** | | | | | |
| **Automobile Expense** | | | | | |
| Gas | 0.00 | 0.00 | 81.89 | 0.00 | 0.00 |
| License Fee | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 |
| Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 |
| **Total Automobile Expense** | 0.00 | 2,159.00 | 106.89 | 0.00 | 16.00 |
| Business Licenses and Permits | 0.00 | 986.00 | 0.00 | 0.00 | 0.00 |
| Computer Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Continuing Education | 0.00 | 0.00 | 0.00 | 0.00 | 105.45 |
| Credit Card Fees | 30.96 | 29.94 | 17.24 | 101.65 | 44.26 |
| Depreciation Expense | 0.00 | 0.00 | 54,686.00 | 0.00 | 0.00 |
| Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 295.00 |
| **Insurance Expense** | | | | | |
| Auto Insurance | 472.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Building Liability Insurance | 0.00 | 40.00 | 0.00 | 0.00 | 0.00 |
| EPLI Insurance | 270.61 | 270.61 | 270.61 | 270.61 | 270.61 |
| Health Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Life and Disability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Liability | 1,324.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Insurance Expense** | 2,066.61 | 1,296.61 | 270.61 | 270.61 | 270.61 |
| Interest Expense | 0.00 | 620.18 | 0.00 | 187.98 | 639.39 |
| Internet Expense | 139.43 | 179.43 | 251.83 | 167.56 | 167.56 |
| Legal Fees | 12,416.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| Licenses and Fees | 2,235.80 | 785.80 | 60.00 | 0.00 | 0.00 |
| Meals and Entertainment | 71.18 | 10.21 | 38.25 | 28.19 | 75.15 |
| Meals and Entertainment - 100% | 31.94 | 59.94 | 157.04 | 139.75 | 0.00 |
| Office Supplies | 202.05 | 23.20 | 176.52 | 35.79 | 144.05 |
| Officer Salary | 12,500.00 | 7,500.00 | 750.00 | 4,000.00 | 15,500.00 |
| Parking and Tolls | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Expenses | 3.50 | 3.50 | 5.25 | 7.00 | 8.75 |
| Postage and Delivery | 288.81 | 56.70 | 49.07 | 110.15 | 2.73 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent Expense | 18,700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Retirement Contributions | 483.76 | 333.76 | 131.26 | 228.76 | 678.76 |
| Salaries and Wages | 3,625.00 | 3,625.00 | 3,625.00 | 3,625.00 | 7,125.00 |
| Shredding | 25.00 | 10.00 | 10.00 | 25.00 | 0.00 |
| Software Expenses | 799.00 | 239.00 | 71.88 | 1,500.00 | 3,322.65 |
| **Taxes** | | | | | |
| Payroll Taxes | 1,591.42 | 963.03 | 353.67 | 583.31 | 1,730.81 |

0146

7:24 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Profit & Loss
### August 2016 through August 2018

|  | Jan 17 | Feb 17 | Mar 17 | Apr 17 | May 17 |
|---|---:|---:|---:|---:|---:|
| Personal Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sales and Use Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Taxes | 1,591.42 | 963.03 | 353.67 | 583.31 | 1,730.81 |
| Telephone Expense | 74.05 | -3.69 | 74.05 | 74.13 | 46.27 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expense | 56,485.10 | 17,891.61 | 60,834.56 | 11,084.88 | 30,172.44 |
| Net Ordinary Income | -34,229.10 | -13,854.11 | -49,684.56 | 15,095.12 | 12,475.56 |
| Other Income/Expense |  |  |  |  |  |
| Other Income |  |  |  |  |  |
| Other Income | 0.21 | 0.00 | 100.00 | 0.00 | 0.00 |
| Total Other Income | 0.21 | 0.00 | 100.00 | 0.00 | 0.00 |
| Net Other Income | 0.21 | 0.00 | 100.00 | 0.00 | 0.00 |
| Net Income | -34,228.89 | -13,854.11 | -49,584.56 | 15,095.12 | 12,475.56 |

0147

7:24 AM
10/25/18
Cash Basis

## Winchester Accounting and Consulting, Inc.
### Profit & Loss
### August 2016 through August 2018

| | Jun 17 | Jul 17 | Aug 17 | Sep 17 | Oct 17 |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Accounting Services Income | 14,160.00 | 99,102.50 | 34,025.00 | 14,504.50 | 4,475.00 |
| **Total Income** | 14,160.00 | 99,102.50 | 34,025.00 | 14,504.50 | 4,475.00 |
| **Expense** | | | | | |
| **Automobile Expense** | | | | | |
| Gas | 117.93 | 173.75 | 27.49 | 124.25 | 89.43 |
| License Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Expenses | 1,140.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Automobile Expense** | 1,258.08 | 173.75 | 27.49 | 124.25 | 89.43 |
| Business Licenses and Permits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Computer Expenses | 107.10 | 130.02 | 0.00 | 0.00 | 0.00 |
| Continuing Education | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Credit Card Fees | 22.51 | 10.66 | 11.19 | 9.95 | 9.95 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dues and Subscriptions | 424.00 | 69.50 | 31.95 | 0.00 | 0.00 |
| **Insurance Expense** | | | | | |
| Auto Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Building Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EPLI Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Insurance | 270.61 | 270.61 | 270.61 | 270.61 | 270.61 |
| Life and Disability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Liability | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Insurance Expense** | 270.61 | 270.61 | 270.61 | 270.61 | 270.61 |
| Interest Expense | 236.19 | 350.72 | 0.00 | 0.00 | 0.00 |
| Internet Expense | 167.57 | 167.55 | 167.57 | 167.57 | 167.60 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Licenses and Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Meals and Entertainment | 141.64 | 40.37 | 82.19 | 12.12 | 9.60 |
| Meals and Entertainment - 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies | 241.14 | 454.01 | 64.71 | 6.83 | 0.00 |
| Officer Salary | 7,000.00 | 5,000.00 | 50,000.00 | 57,750.00 | 0.00 |
| Parking and Tolls | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Expenses | 7.00 | 5.25 | 7.00 | 7.00 | 100.00 |
| Postage and Delivery | 19.18 | 3.99 | 102.32 | 5.95 | 3.50 |
| Professional Fees | 621.25 | 857.50 | 1,041.25 | 0.00 | 22.11 |
| Rent Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Retirement Contributions | 318.76 | 258.76 | 1,608.76 | 1,841.26 | 108.76 |
| Salaries and Wages | 3,625.00 | 3,625.00 | 3,625.00 | 3,625.00 | 3,625.00 |
| Shredding | 20.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| Software Expenses | 0.00 | 157.25 | 0.00 | 0.00 | 1,500.00 |
| **Taxes** | | | | | |
| Payroll Taxes | 812.82 | 659.81 | 4,102.31 | 2,661.58 | 277.32 |

Page 5

0148

7:24 AM
10/25/18
Cash Basis

## Winchester Accounting and Consulting, Inc.
### Profit & Loss
August 2016 through August 2018

| | Jun 17 | Jul 17 | Aug 17 | Sep 17 | Oct 17 |
|---|---|---|---|---|---|
| Personal Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 223.74 |
| Sales and Use Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Taxes | 812.82 | 659.81 | 4,102.31 | 2,661.58 | 501.06 |
| Telephone Expense | 46.27 | 46.27 | 35.08 | 35.08 | 35.01 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expense | 15,339.12 | 12,291.02 | 61,187.43 | 66,527.20 | 6,452.63 |
| Net Ordinary Income | -1,179.12 | 86,811.48 | -27,162.43 | -52,022.70 | -1,977.63 |
| Other Income/Expense | | | | | |
| Other Income | | | | | |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 |
| Total Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 |
| Net Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 |
| Net Income | -1,179.12 | 86,811.48 | -27,162.43 | -52,022.70 | -1,977.42 |

0149

7:24 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Profit & Loss
### August 2016 through August 2018

| | Nov 17 | Dec 17 | Jan 18 | Feb 18 | Mar 18 |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Accounting Services Income | 1,325.00 | 1,270.00 | 1,100.00 | 0.00 | 0.00 |
| **Total Income** | 1,325.00 | 1,270.00 | 1,100.00 | 0.00 | 0.00 |
| **Expense** | | | | | |
| **Automobile Expense** | | | | | |
| Gas | 0.00 | 88.31 | 0.00 | 0.00 | 0.00 |
| License Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Automobile Expense** | 0.00 | 88.31 | 0.00 | 0.00 | 0.00 |
| Business Licenses and Permits | 0.00 | 0.00 | 1,595.77 | 0.00 | 0.00 |
| Computer Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Continuing Education | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Credit Card Fees | 9.95 | 9.95 | 17.01 | 27.29 | 11.57 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Insurance Expense** | | | | | |
| Auto Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Building Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EPLI Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Insurance | 270.61 | 313.13 | 0.00 | 0.00 | 0.00 |
| Life and Disability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Liability | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Insurance Expense** | 270.61 | 313.13 | 0.00 | 0.00 | 0.00 |
| Interest Expense | 1,000.00 | 852.26 | 234.99 | 345.22 | 349.87 |
| Internet Expense | 167.61 | 167.61 | 176.15 | 176.15 | 0.00 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Licenses and Fees | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 |
| Meals and Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Meals and Entertainment - 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 |
| Officer Salary | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parking and Tolls | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Expenses | 3.50 | 3.50 | 373.03 | 0.00 | 0.00 |
| Postage and Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Retirement Contributions | 123.76 | 123.76 | 0.00 | 0.00 | 0.00 |
| Salaries and Wages | 3,625.00 | 3,625.00 | 0.00 | 0.00 | 0.00 |
| Shredding | 25.00 | 10.00 | 0.00 | 0.00 | 0.00 |
| Software Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Taxes** | | | | | |
| Payroll Taxes | 284.56 | 317.25 | 0.00 | 0.00 | 0.00 |

0150

7:24 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Profit & Loss
### August 2016 through August 2018

| | Nov 17 | Dec 17 | Jan 18 | Feb 18 | Mar 18 |
|---|---:|---:|---:|---:|---:|
| Personal Property Taxes | 0.00 | 0.00 | 2,909.51 | 0.00 | 0.00 |
| Sales and Use Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes - Other | 0.00 | 0.00 | 0.00 | 85.00 | 0.00 |
| **Total Taxes** | 284.56 | 317.25 | 2,909.51 | 85.00 | 0.00 |
| Telephone Expense | 35.01 | 35.01 | 35.01 | 0.00 | 99.99 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Expense** | 6,045.00 | 6,045.78 | 5,441.47 | 633.66 | 461.43 |
| **Net Ordinary Income** | -4,720.00 | -4,775.78 | -4,341.47 | -633.66 | -461.43 |
| Other Income/Expense | | | | | |
| Other Income | | | | | |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | -4,720.00 | -4,775.78 | -4,341.47 | -633.66 | -461.43 |

Page 8

0151

7:24 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Profit & Loss
### August 2016 through August 2018

| | Apr 18 | May 18 | Jun 18 | Jul 18 | Aug 18 |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| Accounting Services Income | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| **Total Income** | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| **Expense** | | | | | |
| **Automobile Expense** | | | | | |
| Gas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| License Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Automobile Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Business Licenses and Permits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Computer Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Continuing Education | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Credit Card Fees | 99.95 | 9.95 | 9.95 | 9.95 | 9.95 |
| Depreciation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 69.50 | 31.95 |
| **Insurance Expense** | | | | | |
| Auto Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Building Liability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EPLI Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Life and Disability Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Liability | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Insurance Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest Expense | 505.70 | 264.70 | 289.84 | 283.36 | 410.89 |
| Internet Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Licenses and Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Meals and Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Meals and Entertainment - 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Officer Salary | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parking and Tolls | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage and Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Retirement Contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Salaries and Wages | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shredding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Software Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Taxes** | | | | | |
| Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

0152

7:24 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Profit & Loss
### August 2016 through August 2018

| | Apr 18 | May 18 | Jun 18 | Jul 18 | Aug 18 |
|---|---|---|---|---|---|
| Personal Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sales and Use Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes - Other | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Taxes | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Telephone Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Website Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expense | 615.65 | 274.65 | 299.79 | 362.81 | 452.79 |
| Net Ordinary Income | -615.65 | -274.65 | -299.79 | -362.81 | 47.21 |
| Other Income/Expense | | | | | |
| Other Income | | | | | |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Income | -615.65 | -274.65 | -299.79 | -362.81 | 47.21 |

0153

7:24 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Profit & Loss
### August 2016 through August 2018

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Accounting Services Income | 469,242.00 |
| **Total Income** | **469,242.00** |
| **Expense** | |
| **Automobile Expense** | |
| Gas | 703.05 |
| License Fee | 25.00 |
| Other Expenses | 3,315.15 |
| **Total Automobile Expense** | **4,043.20** |
| Business Licenses and Permits | 1,595.77 |
| Computer Expenses | 792.45 |
| Continuing Education | 1,550.00 |
| Credit Card Fees | 605.45 |
| Depreciation Expense | 55,241.65 |
| Dues and Subscriptions | 990.00 |
| **Insurance Expense** | |
| Auto Insurance | 986.00 |
| Building Liability Insurance | 472.00 |
| EPLI Insurance | 40.00 |
| Health Insurance | 4,940.55 |
| Life and Disability Insurance | 508.80 |
| Professional Liability | 1,324.00 |
| **Total Insurance Expense** | **8,271.35** |
| Interest Expense | 6,571.29 |
| Internet Expense | 3,117.84 |
| Legal Fees | 94,433.95 |
| Licenses and Fees | 3,381.60 |
| Meals and Entertainment | 970.30 |
| Meals and Entertainment - 100% | 417.78 |
| Office Supplies | 2,652.91 |
| Officer Salary | 188,500.00 |
| Parking and Tolls | 1,574.70 |
| Payroll Expenses | 84.00 |
| Postage and Delivery | 1,225.99 |
| Professional Fees | 9,552.20 |
| Rent Expense | 20,400.00 |
| Retirement Contributions | 7,620.14 |
| Salaries and Wages | 65,500.02 |
| Shredding | 215.00 |
| Software Expenses | 17,142.38 |
| **Taxes** | |
| Payroll Taxes | 17,856.89 |

Page 11

0154

7:24 AM
10/25/18
Cash Basis

# Winchester Accounting and Consulting, Inc.
## Profit & Loss
August 2016 through August 2018

|  | TOTAL |
|---|---|
| Personal Property Taxes | 3,366.08 |
| Sales and Use Taxes | 11.67 |
| Taxes - Other | 95.00 |
| Total Taxes | 21,329.64 |
| Telephone Expense | 1,041.21 |
| Travel | 2,734.40 |
| Website Expenses | 78.19 |
| Total Expense | 521,633.41 |
| Net Ordinary Income | -52,391.41 |
| Other Income/Expense | |
| Other Income | |
| Other Income | 100.42 |
| Total Other Income | 100.42 |
| Net Other Income | 100.42 |
| Net Income | -52,290.99 |

0155