# Instructions

# Bankruptcy Forms for Individuals

U.S. Bankruptcy Court | December 2015 (Rev. October 2019)



EXHIBIT SJ-1

# Schedule I: Your Income (Official Form 106I)

In *Schedule I: Your Income* (Official Form 106I), you will give the details about your employment and monthly income as of the date you file this form. If you are married and your spouse is living with you, include information about your spouse even if your spouse is not filing with you. If you are separated and your spouse is not filing with you, do not include information about your spouse.

### How to report employment and income

If you have nothing to report for a line, write $0.

In Part 1, line 1, fill in employment information for you and, if appropriate, for a non-filing spouse. If either person has more than one employer, attach a separate page with information about the additional employment.

In Part 2, give details about the monthly income you currently expect to receive. Show all totals as monthly payments, even if income is not received in monthly payments.

If your income is received in another time period, such as daily, weekly, quarterly, annually, or irregularly, calculate how much income would be by month, as described below.

If either you or a non-filing spouse has more than one employer, calculate the monthly amount for each employer separately, and then combine the income information for all employers for that person on lines 2-7.

One easy way to calculate how much income per month is to total the payments earned in a year, then divide by 12 to get a monthly figure. For example, if you are paid seasonally, you would simply divide the amount you expect to earn in a year by 12 to get the monthly amount

Below are other examples of how to calculate monthly amount.

**Example for weekly payments:**

If you are paid $1,000 every week, figure your monthly income in this way:

|   | $1,000 | income every week |
|---|---|---|
| X | 52 | number of pay periods in the year |
|   | $52,000 | total income for the year |

$52,000 (*income for year*)      = $4,333 monthly income
12  (number of months in year)

**Example for bi-weekly payments:**

If you are paid $2,500 every other week, figure your monthly income in this way:

|   | $2,500 | income every other week |
|---|---|---|
| X | 26 | number of pay periods in the year |
|   | $65,000 | total income for the year |

$65,000 (income for year)      = $5,417 monthly income
12  (number of months in year)

**Example for daily payments:**

If you are paid $75 a day and you work about 8 days a month, figure your monthly income in this way:

```
       $75    income a day
X       96    days a year
     $7,200   total income for the year
```

$7,200 (income for year)  = $600 monthly income
12 (number of months in year)

**or this way:**

```
       $75    income a day
X        8    payments a month
      $600    income for the month
```

**Example for quarterly payments:**

If you are paid $15,000 every quarter, figure your monthly income in this way:

```
   $15,000    income every quarter
X        4    pay periods in the year
   $60,000    total income for the year
```

$60,000 (income for year) = $5,000 (number of months in year)
12       monthly income

**Example for irregular payments:**

If you are paid $4,000 8 times a year, figure your monthly income in this way:

```
  $4,000 income a payment
X      8 payments a year
 $32,000 income for the year
```

$32,000 (income for year)  = $2,667 monthly income
12 (number of months in year)

In Part 2, line 11, fill in amounts that other people provide to pay the expenses you list on *Schedule J: Your Expenses*. For example, if you and a person to whom you are not married pay all household expenses together and you list all your joint household expenses on Schedule J, you must list the amounts that person contributes monthly to pay the household expenses on line 11. If you have a roommate and you divide the rent and utilities, do not list the amounts your roommate pays on line 11 if you have listed only your share of those expenses on Schedule J. Do not list on line 11 contributions that you already disclosed elsewhere on the form.

Note that the income you report on *Schedule I* may be different from the income you report on other bankruptcy forms. For example, the *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), *Chapter 11 Statement of Your Current Monthly Income* (Official Form 122B), and the *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C-1) all use a different definition of income and apply that definition to a different period of time. *Schedule I* asks about the income that you are now receiving, while the other forms ask about income you received in the applicable time period before filing. So the amount of income reported in any of those forms may be different from the amount reported here.

If, after filing Schedule I, you need to file an estimate of income in a chapter 13 case for a date after your bankruptcy, you may complete a supplemental Schedule I. To do so you must check the "supplement" box at the top of the form and fill in the date.