UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

# Abstract of Judgment

IN RE:
Michael Whitman Decker
    Debtor(s)

December 30, 2020

Case Number: 17-50297
Adversary Number: 19-05006
Chapter: 7

W. Stephen Scott, Chapter 7 Trustee
    Plaintiff(s)

V

Michael Whitman Decker,
Winchester Accounting, LLC

Defendant(s)

Judgment was rendered in favor of W. Stephen Scott, Chapter 7 Trustee, Plaintiff against Michael Whitman Decker, Defendant on the 31st day of October, 2020, for the sum of $98,500, principle, and $0.00 for costs, at the statutory rate of interest from 10/31/2020 and Attorney's fees and costs if applicable $0.00.

                                      JAMES W. REYNOLDS
                                      CLERK OF COURT

                        By:   /s/ Elizabeth Nichols
                                Deputy Clerk

ab